**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Central__ District of __California_____
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

**Part 2:  Identify the Debtor**

2. **Debtor's name**          Itkin & Sabadash

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___  __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 8501 Wilshire Blvd., Suite 330 | |
   | Number    Street | Number    Street |
   | | |
   | | P.O. Box |
   | Beverly Hills         CA   90211 | |
   | City                State   ZIP Code | City     State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | 58 Beverly Park |
   | County | Number    Street |
   | | |
   | | Beverly Hills         CA   90210 |
   | | City     State   ZIP Code |

Debtor  __Itkin & Sabadash_____    Case number (if known)_____
         Name

6. **Debtor's website** (URL)    _____

7. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☒ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No
   - ☒ Yes. Debtor __Aleksandr Vitalievich Sabadash__   Relationship __Partner__
     District __Central District of CA__   Date filed __08/29/2023__   Case number, if known __2:23-bk-15574-WB__
                                           MM / DD / YYYY

     Debtor _____   Relationship _____
     District _____   Date filed _____   Case number, if known _____
                                MM / DD / YYYY

## Part 3:  Report About the Case

10. **Venue**

    Check one:
    - ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor __Itkin & Sabadash_____  Case number (if known)_____
         Name

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Garry Y. Itkin | General Partner, 11 USC 303(b)(3) | $ N/A |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Garry Y. Itkin
Name

8501 Wilshire Blvd., Suite 330
Number   Street

Beverly Hills        CA        90211
City                 State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/19/2025

✗ /s/ [signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

Daniel J. McCarthy
Printed name

Hill, Farrer & Burrill, LLP
Firm name, if any

300 S. Grand Ave., 37th Floor
Number   Street

Los Angeles          CA        90071
City                 State     ZIP Code

Contact phone  213.621.0802   Email dmccarthy@hillfarrer.com

Bar number  101081

State        CA

✗ /s/ Daniel J. McCarthy
Signature of attorney

Date signed  02/19/2025
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3