Charles Shamash (SBN 178110)
Caceres & Shamash, LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, CA 90212
Tel: (310) 205-3400
Fax: (310) 878-8308

Attorneys For Jeff Ratner & Associates, Inc

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| In Re: | Case No. 2:25-bk-11235 NB |
|---|---|
| Itkin & Sabadash. | Chapter 7 |
| | **JOINDER OF JEFF RATHER & ASSOC TO INVOLUNTARY PETITION PURSUANT TO 11 U.S.C. §303(c)** |
| Debtor | |

Creditor JEFF RATNER & ASSOC, INC. ("Ratner"), hereby files its joinder to, and joins as an additional petitioning creditor in the Involuntary Petition Against a Non-Individual [Docket No. 1] filed on February 19, 2025 (the "Petition"), in the above-captioned Chapter 7 bankruptcy case (the "Bankruptcy Case"). Pursuant to 11 U.S.C. §303(c), Avilov hereby respectfully states as follows:

      1.    Ratner's mailing address is as follows:

      8501 Wilshire Blvd., Suite 330

        Beverly Hills, CA 90211

      2.    Ratner holds an unsecured claim against Itkin & Sabadash in the amount of: $38,376.96 (the " Claim").

      3.    The Claim is fully liquidated, not contingent, and not subject to any good faith dispute.

1        4.     The nature of the Claim is for Money Loaned.

2

3        5.     Ratner hereby joins in the allegations set forth in the Petition.

4      For the reasons set forth above and in the Petition, Avilov respectfully requests that an

5 order for relief pursuant to Chapter 7 of Title 11 of the United States Code be entered against

6 Itkin & Sabadash in this Bankruptcy Case.

7

8 Date:  5/18/2025                Caceres & Shamash, LLP

9

10                          */s/ Charles Shamash*

11

12                 By: _____

13                     Charles Shamash
                           Attorneys for Avilov

14      I declare under penalty of perjury of the laws of the United States of America that the

15 foregoing is true and correct:

16

17 Executed on:                 JEFF RATNER & ASSOC, INC.

18

19

20

21                 By: _____

22                     Jeff Ratner, its President
                     Creditor

23

24

25

26

27

28

JOINDER TO INVOLUNTARY PETITION