Charles Shamash (SBN 178110)
Caceres & Shamash, LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, CA 90212
Tel: (310) 205-3400
Fax: (310) 878-8308

Attorneys For Atabek & Co

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| In Re: | Case No. 2:25-bk-11235 NB |
|---|---|
| Itkin & Sabadash. | Chapter 7 |
| Debtor | **JOINDER OF ATABEK & CO TO INVOLUNTARY PETITION PURSUANT TO 11 U.S.C. §303(c)** |

Creditor ATABEK & CO.. ("Atabek"), hereby files its joinder to, and joins as an additional petitioning creditor in the Involuntary Petition Against a Non-Individual [Docket No. 1] filed on February 19, 2025 (the "Petition"), in the above-captioned Chapter 7 bankruptcy case (the "Bankruptcy Case"). Pursuant to 11 U.S.C. §303(c), Avilov hereby respectfully states as follows:

1. Atabek's mailing address is as follows:

    c/o 250 Newport Center Drive, Suite 306

    Newport Beach, CA 92660

2. Atabek holds an unsecured claim against Itkin & Sabadash in the amount of: $21,358.88 (the " Claim").

3. The Claim is fully liquidated, not contingent, and not subject to any good faith dispute.

4. The nature of the Claim is for services rendered.

5. Atabek hereby joins in the allegations set forth in the Petition.

For the reasons set forth above and in the Petition, Avilov respectfully requests that an order for relief pursuant to Chapter 7 of Title 11 of the United States Code be entered against Itkin & Sabadash in this Bankruptcy Case.

Date: 5/18/2025                                   Caceres & Shamash, LLP

*/s/ Charles Shamash*

By: _____
     Charles Shamash
     Attorneys for Avilov

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct:

Executed on:                                      ATABEK & CO

By: _____
     Jon Atabek, Managing Shareholder
     Creditor