Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Kurt Ramlo (SBN 166856)
RAMLO LAW
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com

☑ *Attorney for*: Foreign Reps. to Golden Sphinx Limited

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

Itkin & Sabadash,

Debtor(s).

CASE NO.: 2:25-bk-11235-NB

ADVERSARY NO. (*if applicable*):

CHAPTER: 7

Plaintiff(s).

vs.

Defendant(s).

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**

**[LBR 2090-1(b); 9013-1(q)]**

[No hearing required per LBR 2090-1(b)(6)]

1. I, Kyle J. Ortiz, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*): Andrew Wood and Alexander Adam, in their capacities as the joint liquidators, and authorized foreign representatives of Golden Sphinx Limited in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024* Page 1 **F 2090-1.2.APP.NONRES.ATTY**

Main Document Page 2 of 5

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
State of New York and the bar of the US District Court for the Southern and Eastern Districts of New York, 2010.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| **Court** | **Case Number** | **Title of Action** | **Date of Application** | **Disposition of Application** |
|---|---|---|---|---|
| US Bankruptcy Court, Central District of CA | 2:22-bk-14320-NB | In re Golden Sphinx Limited | August 9, 2022 | Granted |

7. I ☐ have ☑ have not been disciplined by any court or administrative body. ☐ Disciplinary proceedings are pending; details are as follows:

I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served. The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

Information about Local Counsel:

Name and Bar Number: Kurt Ramlo SBN 166856

Name and Address of law firm: Ramlo Law

Telephone number: (310) 880-9208

Email Address: RamloLegal@gmail.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024* Page 2 **F 2090-1.2.APP.NONRES.ATTY**

Main Document Page 3 of 5

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 05/30/2025

Signature of applicant

Kyle J. Ortiz
Printed name of applicant

**CONSENT OF LOCAL COUNSEL**

I consent to the foregoing designation.

Date: June 3, 2025

/s/ Kurt Ramlo
Signature of Local Counsel

Kurt Ramlo
Printed name of Local Counsel

05/30/2025

Kyle J. Ortiz

06/03/2025

Kurt Ramlo

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024* Page 3 **F 2090-1.2.APP.NONRES.ATTY**



Firefox https://apps.cacd.uscourts.gov/registration/paygov/complete?token=afe428e0014c4fc3a6a41d83c66d32ef
Main Document Page 4 of 5

UNITED STATES DISTRICT COURT

Central District of California

*Dolly M. Gee, Chief Judge*

*Brian D. Karth, District Court Executive/Clerk of Court*

Clerk Services | E-Filing | Judges' Requirements | Calendars | Accommodations | Court Procedures | Newsworthy | Court Locations | Contact Us

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Kyle Ortiz
**Firm Name:** Togut, Segal & Segal LLP
**Bankruptcy Case Number or Adversary Proceeding Case Number:** 2:25-bk-11235-NB
**Party Name:** Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives of Golden Sphinx Limited

**Tracking Number:** PHV-250531-000-0705
**Pay.gov Tracking ID:** 27OII86C
**Amount:** $500
**Date:** 5/31/2025

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you print this page for your records.

**For assistance, please contact:**

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

Clerk Services
Court Reporting Services
Courtroom Technology
Employment
Interpreter Services
Naturalization Ceremony Information
Policy For Limited Use of Court Facilities
Records Department
Statistical Reports

Jurors Information
Jurisdiction
Terms of Service
Requesting an Excuse
Requesting a Postponement
Students
Payment
Juror Amenities
Dress Code
Security
Employer Information
Checking Status / Confirming Reporting Instructions
Certificate of Jury Service
Contact Us
Parking / Directions
Subsistence Information / Hotels

Attorney Information
Attorney Admissions
Attorney Assistance
Alternative Dispute Resolution (ADR)
Capital Habeas
Criminal Justice Act (CJA)
Lawyer Representatives
Pro Bono
Direct Assignment of Civil Cases to Magistrate Judges Program
Attorney Workroom Copier Password Request
Mileage Rates
Post-Judgment Interest Rates

Court Procedures
Filing Procedures
Forms
General Orders
Local Rules

1 of 1 5/31/25, 1:33 PM

Main Document Page 5 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15021 Ventura Blvd. #544, Sherman Oaks, 2818 La Cienega Avenue, Los Angeles, CA 91403.

A true and correct copy of the foregoing document entitled **Application Of Non-Resident Attorney To Appear Pro Hac Vice In A Specific Bankruptcy Case And/Adversary Proceeding(S) [LBR 2090-1(b); 9013-1(q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 3, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joseph E Caceres** jec@locs.com, generalbox@locs.com
- **Daniel J McCarthy** dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Charles Shamash** cs@locs.com, generalbox@locs.com
- **Oleg Stolyar** astolyar@loeb.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Michael Zorkin** mz@thezorkinfirm.com

**2. SERVED BY UNITED STATES MAIL**: On **June 3, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 3, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 3, 2025 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**