| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kurt Ramlo (SBB 166856)<br>RAMLO LAW<br>15021 Ventura Blvd. #544<br>Los Angeles, CA 91403<br>RamloLegal@gmail.com<br><br>☒ *Attorney for*: Foreign Reps. to Golden Sphinx Limited | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 04 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>BY sumlin    DEPUTY CLERK |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br><br>Itkin & Sabadash,<br><br>Debtor(s)<br><br><br>Plaintiff(s)<br>vs.<br><br><br><br>Defendant(s) | CASE NO.: 2:25-bk-11235-NB<br>CHAPTER: 7<br>ADVERSARY NO. (*if applicable*):<br><br>**CHANGES MADE BY COURT**<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney Kyle J. Ortiz may appear on behalf of the following parties:

    Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives of Golden Sphinx Limited

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                                                    F 2090-1.2.ORDER.NONRES.ATTY

in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:  [No limitations apply.]

###

Date: June 4, 2025

Neil W. Bason
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                                                               **F 2090-1.2.ORDER.NONRES.ATTY**