

**FILED & ENTERED**

**JUN 17 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Itkin & Sabadash,<br><br><br><br>Debtor. | Case No.:   2:25-bk-11235-NB<br><br>Chapter:   7<br><br>**ORDER DISMISSING INVOLUNTARY PETITION**<br><br><u>Initial Hearing:</u><br>Date:  April 22, 2025<br>Time:  11:00 a.m.<br><br><u>Continued Hearing:</u><br>Date:  June 3, 2025<br>Time:  2:00 p.m.<br><br><u>Further Continued Hearing (appearances not required):</u><br>Date:  June 17, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>          255 E. Temple Street<br>          Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures) |

//

For the reasons set forth in the concurrently-issued "Memorandum Decision Dismissing Involuntary Petition" (dkt. 75), it is hereby ORDERED:

1) This above-captioned involuntary petition is dismissed.

2) Notwithstanding the dismissal of this case, this Court retains jurisdiction to the full extent provided by LBR 1017-2(f), including with respect to any damages, sanctions, or other issues that might arise with respect to this case.

3) Nothing in this dismissal order should be construed as mooting any motions that seek *in rem* or retroactive relief from the automatic stay. Without further notice, and with or without any written order, this Court may determine that any other pending motion or adversary proceeding is or is not mooted by the dismissal of this case. *See In re Carraher*, 971 F.2d 327, 328 (9th Cir. 1992); *In re Casamont Investors, Ltd.,* 196 B.R. 517, 522-26 (9th Cir. BAP 1996).

###

Date: June 17, 2025

Neil W. Bason
United States Bankruptcy Judge