United States Bankruptcy Court

Central District of California

In re:  Case No. 25-11235-NB

Itkin & Sabadash  Chapter 7

Aleksandr Vitalievich Sabadash

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 3
Date Rcvd: Jun 17, 2025    Form ID: ntcdsm    Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Itkin & Sabadash, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118 |
| cr | + | Alexey Kurochkin, 4421 Haskell Avenue, Encino, CA 91436-3110 |
| 42504777 | + | Aleksandr Grant, c/o Caceres & Shamash, LLP, 9701 Wilshire Blvd, Ste 1000, Beverly Hills, CA 90212-2010 |
| 42373577 | + | Alexei Kurochkin, 4421 Haskell AVenue, Encino, CA 91436-3110 |
| 42406440 | + | Atabek & Co, 250 Newport Center Drive, Suite 306, Newport Beach, CA 92660-7519 |
| 42401721 | + | Elena Gofman, c/o Caceres & Shamash, LLP, 9701 Wilshire Blvd, Suite 1000, Beverly Hills, CA 90212-2010 |
| 42401709 | + | Evgeniv Avilov, c/o Caceres & Shamash, LLP, 9701 Wilshire Blvd, Suite 1000, Beverly Hills, CA 90212-2010 |
| 42343987 | + | Gary Y. Itkin, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118 |
| 42401723 | + | Ildar Shadaev, c/o Caceres & Shamash, LLP, 9701 Wilshire Blvd, Suite 1000, Beverly Hills, CA 90212-2010 |
| 42373565 | + | JEFF RATNER & ASSOCIATES,INC, 8501 WILSHIRE BLVD, #330, BEVERLY HILLS, CA 90211-3118 |
| 42372836 | + | JEFF RATNER AND ASSOCIATES INC, 8501 WILSHIRE BLVD, SUITE 330, BEVERLY HILLS, CA 90211-3118 |
| 42401722 | + | Maria Habarova, c/o Caceres & Shamash, LLP, 9701 Wilshire Blvd, Suite 1000, Beverly Hills, CA 90212-2010 |
| 42401724 | + | Maria Samsonova, c/o Caceres & Shamash, LLP, 9701 Wilshire Blvd, Suite 1000, Beverly Hills, CA 90212-2010 |
| 42372831 | + | PROGRESSIVE MANAGEMENT INC, 8501 WILSHIRE BLVD, SUITE 330, BEVERLY HILLS, CA 90211-3118 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Jun 18 2025 04:49:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jun 18 2025 04:50:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Jun 18 2025 01:06:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Aleksandr Vitalievich Sabadash |
| intp | | Alexander Adam |
| intp | | Alexander Ivanovich Gavva |
| ptnr | | Alexander Sabadash |
| intp | | Andrew Wood |
| cr | | Elena Gofman |
| cr | | Evgeniy Avilov |
| cr | | Ildar Shadaev |
| intp | | Interested Party |
| cr | | Maria Habarova |

| | | |
|---|---|---|
| cr | | Maria Samsonova |
| cr | *+ | Aleksandr Grant, c/o Caceres & Shamash, LLP, 9701 Wilshire Blvd, Ste 1000, Beverly Hills, CA 90212-2010 |
| cr | *+ | Atabek & Co, 250 Newport Center Drive, Suite 306, Newport Beach, CA 92660-7519 |
| ptcrd | *+ | Gary Y. Itkin, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118 |
| cr | *+ | Jeff Ratner & Associates, Inc., 8501 Wilshire Boulevard, Suite 330, Beverly Hills, CA 90211-3118 |
| cr | *+ | Progressive Management, Inc., 8501 Wilshire Boulevard, Suite 330, Beverly Hills, CA 90211-3118 |

TOTAL: 11 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Shamash | on behalf of Interested Party Interested Party cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Atabek & Co cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Alexey Kurochkin cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Elena Gofman cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Aleksandr Grant cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Progressive Management  Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Habarova cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Samsonova cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Evgeniy Avilov cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Ildar Shadaev cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Jeff Ratner & Associates  Inc. cs@locs.com, generalbox@locs.com |
| Daniel J McCarthy | on behalf of Petitioning Creditor Gary Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Joseph E Caceres | on behalf of Creditor Elena Gofman jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Evgeniy Avilov jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Atabek & Co jec@locs.com generalbox@locs.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 17, 2025 | Form ID: ntcdsm | Total Noticed: 17 |

| | |
|---|---|
| Joseph E Caceres | on behalf of Creditor Alexey Kurochkin jec@locs.com  generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Progressive Management  Inc. jec@locs.com, generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Maria Habarova jec@locs.com  generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Maria Samsonova jec@locs.com  generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Ildar Shadaev jec@locs.com  generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Jeff Ratner & Associates  Inc. jec@locs.com, generalbox@locs.com |
| Kurt Ramlo | on behalf of Interested Party Andrew Wood RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Interested Party Alexander Adam RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email |
| Michael Zorkin | on behalf of Partner Alexander Sabadash mz@thezorkinfirm.com |
| Oleg Stolyar | on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 26

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Itkin & Sabadash

**BANKRUPTCY NO.** 2:25−bk−11235−NB

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 00−0000000
**Debtor Dismissal Date:** 6/17/25

**Address:**
8501 Wilshire Blvd., Suite 330
Beverly Hills, CA 90211

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 17, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**77 / SS**