United States Bankruptcy Court

Central District of California

In re:     Case No. 25-11235-NB
Itkin & Sabadash     Chapter 7
Aleksandr Vitalievich Sabadash
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Jun 17, 2025     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Itkin & Sabadash, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Shamash | on behalf of Creditor Elena Gofman cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Aleksandr Grant cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Progressive Management Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Habarova cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Samsonova cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Evgeniy Avilov cs@locs.com generalbox@locs.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 17, 2025 | Form ID: pdf042 | Total Noticed: 1

| Name | Details |
|---|---|
| Charles Shamash | on behalf of Creditor Ildar Shadaev cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Jeff Ratner & Associates Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Interested Party Interested Party cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Atabek & Co cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Alexey Kurochkin cs@locs.com generalbox@locs.com |
| Daniel J McCarthy | on behalf of Petitioning Creditor Gary Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Joseph E Caceres | on behalf of Creditor Progressive Management Inc. jec@locs.com, generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Maria Habarova jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Maria Samsonova jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Ildar Shadaev jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Jeff Ratner & Associates Inc. jec@locs.com, generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Elena Gofman jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Evgeniy Avilov jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Atabek & Co jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Alexey Kurochkin jec@locs.com generalbox@locs.com |
| Kurt Ramlo | on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Michael Zorkin | on behalf of Partner Alexander Sabadash mz@thezorkinfirm.com |
| Oleg Stolyar | on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 26



**FILED & ENTERED**

**JUN 17 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.:    2:25-bk-11235-NB |
| Itkin & Sabadash, | Chapter:    7 |
| | **ORDER DISMISSING INVOLUNTARY PETITION** |
| Debtor. | Initial Hearing:<br>Date:  April 22, 2025<br>Time:  11:00 a.m. |
| | Continued Hearing:<br>Date:  June 3, 2025<br>Time:  2:00 p.m. |
| | Further Continued Hearing (appearances not required):<br>Date:  June 17, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures) |

//

-1-

For the reasons set forth in the concurrently-issued "Memorandum Decision Dismissing Involuntary Petition" (dkt. 75), it is hereby ORDERED:

1) This above-captioned involuntary petition is dismissed.

2) Notwithstanding the dismissal of this case, this Court retains jurisdiction to the full extent provided by LBR 1017-2(f), including with respect to any damages, sanctions, or other issues that might arise with respect to this case.

3) Nothing in this dismissal order should be construed as mooting any motions that seek *in rem* or retroactive relief from the automatic stay. Without further notice, and with or without any written order, this Court may determine that any other pending motion or adversary proceeding is or is not mooted by the dismissal of this case. See *In re Carraher*, 971 F.2d 327, 328 (9th Cir. 1992); *In re Casamont Investors, Ltd.,* 196 B.R. 517, 522-26 (9th Cir. BAP 1996).

###

Date: June 17, 2025

Neil W. Bason
United States Bankruptcy Judge