

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☐ Yes ☐ No

(File this form on the related case docket)

APPEAL No. _____ (if known)

Ordering Party's Name: **Daniel J. McCarthy**    Attorney Bar# **101081**

Law Firm: **Hill, Farrer & Burrill LLP**

Mailing Address: **515 S. Fower Street, 7th Floor, Los Angees, CA 90071**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): **Sonia Padilla**

Telephone: (**213**) **621-0717**    E-mail: **spadilla@hillfarrer.com**

Bankruptcy Case #: **2:25-bk-11235-NB**    Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **04/22/2025**    Time: **11:00 a.m.**

Debtor: **Itkin & Sabadash**

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: **N. Bason**    Courtroom #: **LA 1545**

**TRANSCRIBER:** **Ben Hyatt**    **ALTERNATE:** **Echo Reporting**

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

**Transcript Type:**    **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

- ☐ 30 Days (Ordinary)
- ☐ 14 Days
- ☐ 7 Days
- ☐ 3 Days
- ☒ Next Day (24 hours)
- ☒ Entire Hearing
- ☐ Ruling/Opinion of Judge only
- ☐ Testimony of Witness _____
- ☐ Other* _____ (name of witness)

*Special Instructions: **We need the status conference and motion to dismiss.**

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*