United States Bankruptcy Court

Central District of California

In re:  Case No. 25-11235-NB
Itkin & Sabadash  Chapter 7
Aleksandr Vitalievich Sabadash
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2  User: admin  Page 1 of 2
Date Rcvd: Jul 03, 2025  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

**Recip ID    Recipient Name and Address**
db    +  Itkin & Sabadash, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

**Name    Email Address**

Charles Shamash
    on behalf of Creditor Elena Gofman cs@locs.com  generalbox@locs.com

Charles Shamash
    on behalf of Creditor Aleksandr Grant cs@locs.com  generalbox@locs.com

Charles Shamash
    on behalf of Creditor Progressive Management Inc. cs@locs.com, generalbox@locs.com

Charles Shamash
    on behalf of Creditor Maria Habarova cs@locs.com  generalbox@locs.com

Charles Shamash
    on behalf of Creditor Maria Samsonova cs@locs.com  generalbox@locs.com

Charles Shamash
    on behalf of Creditor Evgeniy Avilov cs@locs.com  generalbox@locs.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 03, 2025 | Form ID: pdf042 | Total Noticed: 1

Charles Shamash
    on behalf of Creditor Ildar Shadaev cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Creditor Jeff Ratner & Associates Inc. cs@locs.com, generalbox@locs.com

Charles Shamash
    on behalf of Interested Party Interested Party cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Creditor Atabek & Co cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Creditor Alexey Kurochkin cs@locs.com generalbox@locs.com

Daniel J McCarthy
    on behalf of Petitioning Creditor Gary Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com

Joseph E Caceres
    on behalf of Creditor Progressive Management Inc. jec@locs.com, generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Maria Habarova jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Maria Samsonova jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Ildar Shadaev jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Jeff Ratner & Associates Inc. jec@locs.com, generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Elena Gofman jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Evgeniy Avilov jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Atabek & Co jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Alexey Kurochkin jec@locs.com generalbox@locs.com

Kurt Ramlo
    on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
    on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Michael Zorkin
    on behalf of Partner Alexander Sabadash mz@thezorkinfirm.com

Oleg Stolyar
    on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 26



**FILED & ENTERED**

**JUL 03 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.:    2:25-bk-11235-NB |
| Itkin & Sabadash, | Chapter:    7 |
| Debtor. | **ORDER CONTINUING HEARING ON ALEXANDER SABADASH'S MOTION FOR FEES, DAMAGES, AND SANCTIONS**<br><br>Original Hearing:<br>Date:  August 5, 2025<br>Time:  11:00 a.m.<br><br>Continued Hearing:<br>Date:  August 19, 2025<br>Time:  2:00 p.m.<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures) |

This Court has reviewed the "Motion for Fees and Damages, Under 11 U.S.C. § 303(i) and Sanctions Under FRBP 9011 and the Court's Inherent Power" (dkt. 90–92 & 94, the "Fees, Damages, and Sanctions Motion") filed by Alexander Sabadash on July 1, 2025.  For the convenience of this Court, it is hereby ORDERED:

1) The hearing on the Fees, Damages, and Sanctions Motion is CONTINUED as set forth in the caption above.

//

2) **August 5, 2025 is the deadline** for any opposition to the Fees, Damages, and Sanctions Motion. **August 12, 2025 is the deadline** for any reply.

###

Date: July 3, 2025

Neil W. Bason
United States Bankruptcy Judge