HILL, FARRER & BURRILL LLP
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
City National Plaza
515 South Flower Street, 7th Fl.
Los Angeles, CA  90071-3147
Telephone: (213) 621-0802
Fax: (213)624-4840

Attorneys for Petitioning General Partner
Garry Y. Itkin and Daniel J. McCarthy, in pro per

CACERES & SHAMASH, LLP
Charles Shamash (SBN 178110)
cs@locs.com
Joseph E. Caceres (SBN 169164)
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212
Tel: (310) 205-3400
Fax: (310) 878-8308

Attorneys for Creditors and Joseph E. Caceres, in pro per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ITKIN & SABADASH,<br><br>    Involuntary Debtor. | Case No. 2:25-bk-11235-NB<br><br>Chapter 7<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND WITHDRAWAL OF DOCKET NO. 100--JOINT OPPOSITION TO PUTATIVE PARTNER ALEXANDER SABADASH'S MOTION FOR FEES AND DAMAGES, UNDER 11 U.S.C. § 303(I) AND SANCTIONS UNDER FRBP 9011 AND THE COURT'S INHERENT AUTHORITY (DOCKET NO. 91); DECLARATIONS OF GARRY Y. ITKIN, DANIEL J. McCARTHY, JOSEPH E. CACERES AND CHARLES SHAMASH** |

**TO:    THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Petitioning general partner Garry Y. Itkin, Daniel J. McCarthy and Joseph E. Caceres hereby voluntarily dismiss and withdraw without prejudice the pleading entitled "Joint Opposition to Putative Partner Alexander Sabadash's Motion for Fees and Damages, Under 11 U.S.C. § 303(i) and Sanctions Under FRBP 9011 and the Court's Inherent Authority (Docket No. 91); Declarations of Garry Y. Itkin, Daniel J. McCarthy, Joseph E. Caceres and Charles Shamash" that was filed as docket no. 100 on August 5, 2025. That Joint Opposition was inadvertently filed as an opposition to the Motion that is docket no. 90, whereas it is a Joint Opposition to the similarly-named Motion that is docket no. 91. That Joint Opposition was correctly filed to the Motion which is docket no. 91 on August 5, 2025, as docket no. 101

The withdrawn Joint Opposition was replaced by the correct pleading entitled "Joint Opposition to Putative Partner Alexander Sabadash's Motion for Fees and Damages, Under 11 U.S.C. § 303(i) (Docket No. 90); Declarations of Garry Y. Itkin, Daniel J. McCarthy, Joseph E. Caceres and Charles Shamash" that was filed on August 5, 2025, as docket no. 104. That Joint Opposition responds to the Motion which is docket no. 90.

DATED: August 5, 2025

| HILL, FARRER & BURRILL LLP | CACERES & SHAMASH, LLP |
|---|---|
| By: /s/ Daniel J. McCarthy | By: [signature] |
| Daniel J. McCarthy | Charles Shamash |
| Attorneys for Petitioning General Partner GARRY Y. ITKIN, and Daniel J. McCarthy, in pro per | Attorneys for Creditors and Joseph E. Caceres, in pro per |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 515 South Flower Street, 7th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF VOLUNTARY DISMISSAL AND WITHDRAWAL OF DOCKET NO. 100--JOINT OPPOSITION TO PUTATIVE PARTNER ALEXANDER SABADASH'S MOTION FOR FEES AND DAMAGES, UNDER 11 U.S.C. § 303(I) AND SANCTIONS UNDER FRBP 9011 AND THE COURT'S INHERENT AUTHORITY (DOCKET NO. 91); DECLARATIONS OF GARRY Y. ITKIN, DANIEL J. McCARTHY, JOSEPH E. CACERES AND CHARLES SHAMASH** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 5, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
Kurt Ramlo Adam RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Michael Zorkin mz@thezorkinfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 5, 2025 | Daniel J. McCarthy | /s/ Daniel J. McCarthy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |