

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Itkin & Sabadash,<br><br><br><br>Debtor. | Case No.:   2:25-bk-11235-NB<br><br>Chapter:   7<br><br>**ORDER CONTINUING HEARING ON ALEXANDER SABADASH'S MOTION FOR FEES, DAMAGES, AND SANCTIONS**<br><br><u>Original Hearing:</u><br>Date:  August 19, 2025<br>Time:  2:00 p.m.<br><br><u>Continued Hearing:</u><br>Date:  September 9, 2025<br>Time:  2:00 p.m.<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures) |

For the convenience of this Court, it is hereby ORDERED:

1) The hearing on the "Motion for Fees and Damages, Under 11 U.S.C. § 303(i) and Sanctions Under FRBP 9011 and the Court's Inherent Power" (dkt. 90–92 & 94, the "Fees, Damages, and Sanctions Motion") filed by Alexander Sabadash is CONTINUED as set forth in the caption above.

2) Notwithstanding the continuance, briefing deadlines on the Fees, Damages, and Sanctions Motion will remain as set forth in the continuance order issued on July 3, 2025 (dkt. 98).

###

Date: August 15, 2025

Neil W. Bason
United States Bankruptcy Judge