United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11235-NB |
| Itkin & Sabadash | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 15, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Itkin & Sabadash, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 17, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Shamash | on behalf of Creditor Elena Gofman cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Aleksandr Grant cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Progressive Management Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Habarova cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Samsonova cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Evgeniy Avilov cs@locs.com  generalbox@locs.com |

District/off: 0973-2      User: admin      Page 2 of 2
Date Rcvd: Aug 15, 2025      Form ID: pdf042      Total Noticed: 1

| Name | Details |
|---|---|
| Charles Shamash | on behalf of Creditor Ildar Shadaev cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Jeff Ratner & Associates Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Interested Party Interested Party cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Atabek & Co cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Alexey Kurochkin cs@locs.com generalbox@locs.com |
| Daniel J McCarthy | on behalf of Petitioning Creditor Gary Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Joseph E Caceres | on behalf of Creditor Progressive Management Inc. jec@locs.com, generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Maria Habarova jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Maria Samsonova jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Ildar Shadaev jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Jeff Ratner & Associates Inc. jec@locs.com, generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Elena Gofman jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Evgeniy Avilov jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Atabek & Co jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Alexey Kurochkin jec@locs.com generalbox@locs.com |
| Kurt Ramlo | on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Michael Zorkin | on behalf of Partner Alexander Sabadash mz@thezorkinfirm.com |
| Oleg Stolyar | on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 26

**FILED & ENTERED**

**AUG 15 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** penning **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Itkin & Sabadash,<br><br>Debtor. | Case No.:   2:25-bk-11235-NB<br><br>Chapter:   7<br><br>**ORDER CONTINUING HEARING ON ALEXANDER SABADASH'S MOTION FOR FEES, DAMAGES, AND SANCTIONS**<br><br>Original Hearing:<br>Date:  August 19, 2025<br>Time: 2:00 p.m.<br><br>Continued Hearing:<br>Date:  September 9, 2025<br>Time: 2:00 p.m.<br>          255 E. Temple Street<br>          Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures) |

For the convenience of this Court, it is hereby ORDERED:

1) The hearing on the "Motion for Fees and Damages, Under 11 U.S.C. § 303(i) and Sanctions Under FRBP 9011 and the Court's Inherent Power" (dkt. 90–92 & 94, the "Fees, Damages, and Sanctions Motion") filed by Alexander Sabadash is CONTINUED as set forth in the caption above.

-1-

2) Notwithstanding the continuance, briefing deadlines on the Fees, Damages, and Sanctions Motion will remain as set forth in the continuance order issued on July 3, 2025 (dkt. 98).

###

Date: August 15, 2025

Neil W. Bason
United States Bankruptcy Judge