United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11235-NB |
| Itkin & Sabadash | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Itkin & Sabadash, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Shamash | on behalf of Creditor Elena Gofman cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Aleksandr Grant cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Progressive Management Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Habarova cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Samsonova cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Evgeniy Avilov cs@locs.com  generalbox@locs.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Charles Shamash
    on behalf of Creditor Ildar Shadaev cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Creditor Jeff Ratner & Associates Inc. cs@locs.com, generalbox@locs.com

Charles Shamash
    on behalf of Interested Party Interested Party cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Creditor Atabek & Co cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Creditor Alexey Kurochkin cs@locs.com generalbox@locs.com

Daniel J McCarthy
    on behalf of Petitioning Creditor Gary Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com

Joseph E Caceres
    on behalf of Creditor Progressive Management Inc. jec@locs.com, generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Maria Habarova jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Maria Samsonova jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Ildar Shadaev jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Jeff Ratner & Associates Inc. jec@locs.com, generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Elena Gofman jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Evgeniy Avilov jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Atabek & Co jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Alexey Kurochkin jec@locs.com generalbox@locs.com

Kurt Ramlo
    on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
    on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Michael Zorkin
    on behalf of Partner Alexander Sabadash mz@thezorkinfirm.com

Oleg Stolyar
    on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 26

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daniel J. McCarthy (SBN 101081)<br>Hill, Farrer & Burrill, LLP<br>515 S. Flower Street, 7th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 621-0802<br>Fax: (213) 624-4840<br>email: dmccarthy@hillfarrer.com<br><br>*Attorney for* Garry Y. Itkin, petitioning general partner | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 22 2025**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ghaltchi   DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**

| In re:<br>ITKIN & SABADASH,<br><br>                                    Debtor(s). | CASE NO.:2:25-bk-11235-NB<br>CHAPTER:7<br>ADVERSARY NO.: |
|---|---|
|                                    Plaintiff(s),<br>vs.<br><br>                                    Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This  Involuntary Chapter 7 Proceeding filed against Itkin & Sabadash
        (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:                                                                                    Alternate mediator:

 Bankruptcy Judge Meredith A. Jury (Ret.)
_____                                              _____
Name                                                                                        Name

_____                                              _____
Firm name                                                                                   Firm name

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                              Page 1                                              F 702

| | |
|---|---|
| 3607 Mount Rubidoux Dr. | |
| Address | Address |
| Riverside, CA 92501-2018 | |
| City, state, zip code | City, state, zip code |
| 951-367-9875 | |
| Telephone | Telephone |
| | |
| Facsimile | Facsimile |
| majury470@gmail.com | |
| Email address | Email address |

The attorneys for the parties are:

| | |
|---|---|
| Attorney for  Garry Y. Itkin         : | Attorney for Alexander Sabadash |
| Daniel J. McCarthy | Michael Zorkin |
| Name | Name |
| Hill, Farrer & Burrill, LLP | The Zorkin Firm |
| Firm name | Firm name |
| 515 S. Flower Str., 7th Floor | 6320 Canoga Ave., 15th Floor |
| Address | Address |
| Los Angeles, CA 90071 | Woodland Hills, California 91367 |
| City, state, zip code | City, state, zip code |
| (213) 621-0802 | (323) 493.8075 |
| Telephone | Telephone |
| (213) 624-4840 | |
| Facsimile | Facsimile |
| d.commccarthy@hllfarrer | mz@thezorkinfirm.com |
| Email address | Email address |

**[Attach additional page(s) if necessary.]**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*      Page 2      **F 702**

_____                                  _____
Address                                                   Address

_____                                  _____
City, state, zip code                                     City, state, zip code

_____                                  _____
Telephone                                                 Telephone

_____                                  _____
Facsimile                                                 Facsimile

_____                                  _____
Email address                                             Email address

The attorneys for the parties are:

Attorney for Creditors              :                     Attorney for              :

Charles Shamash                                           _____
_____                                  Name
Name

Caceres & Shamash, LLP                                    _____
_____                                  Firm name
Firm name

9701 Wilshire Boulevard, Suite 1000                       _____
_____                                  Address
Address

Beverly Hills, California 90212                           _____
_____                                  City, state, zip code
City, state, zip code

(310) 205•3400                                            _____
_____                                  Telephone
Telephone

(310) 878•8308                                            _____
_____                                  Facsimile
Facsimile

cs@locs.com                                               _____
_____                                  Email address
Email address

**[Attach additional page(s) if necessary.]**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                Page 3                                **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   ☐ Objection to plan confirmation
   ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds:_____

8. ☒ Other. Please specify: Dismissal of involuntary petition; motions for damages and sanctions

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☒ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
   state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator (Hon. Barry Russell) and any **individual(s)** and/or **entity(ies)** and/or other **interested party(ies)** as may be designated by the judge.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

    b.  <u>Order is prepared by the judge:</u>

        (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

        (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

        (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: September 22, 2025

                                            Neil W. Bason
                                            United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                      Page 5                      F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

_____
Printed name of party

_____
Signature of party

Date:\_\_9/19/2025_____

Daniel J. McCarthy
Printed name of party's attorney

\_\_\_\_\_*[signature]*_____
(Signature of party's counsel)

Date:_____

_____
(Name of party)

_____
(Signature of party)

Date:\_\_9/19/2025_____

Michael Zorkin
(Name of party's counsel)

\_\_\_\_\_*[signature]*_____
(Signature of party's counsel)

Page 6

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

_____
Printed name of party

_____
Signature of party

Date: 9/19/2025

Charles Shamash
_____
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

_____
(Name of party)

_____
(Signature of party)

Date:_____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

Page 6