FILED
NOV 04 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re
Itkin and Sabadash

Debtor(s).

Case No.   2:25-bk-11235-NB

[Chapter   7  ]

Plaintiff(s)/ Movant(s),

v.

Defendant(s)/Respondent(s).

Adv. No.

MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE

1. I was assigned to mediate this matter by order of this Court dated 10/25/25 as the:

    (a) Mediator     ✔

    (b) Alternate Mediator   _____

    (c) Successor Mediator   _____

    (d) Successor Alternate Mediator   _____

2. I hereby certify that, to the best of my information and belief, the mediation assignment:

Form 706                                                                                     Revised 03/22

      (a) Settled _____;

      (b) Did NOT settle ✔.

3. If the matter SETTLED:

      (a) Did the matter settle prior to the mediation conference without a mediation conference being held? _____

      (b) If you conducted a mediation conference that settled, on what date(s) did the conference occur? _____

      (c) If you conducted a mediation conference that settled, who did you designate to prepare the settlement documentation? _____

4. If the matter DID NOT settle:

      (a) Was the matter dismissed by the Court prior to the mediation conference? no

      (b) Did you conduct a mediation conference? yes

      (c) If you conducted a mediation conference, on what date(s) did the conference occur? November 3, 2025

DATED: November 4, 2025          Meredith Jury
                                       (Name of Mediator)

                                       (Signature of Mediator)

cc:   Hon. Barry Russell
      Mediation Program Administrator
      United States Bankruptcy Court
      255 East Temple Street, Suite 1660
      Los Angeles, California 90012
      Mediation_Program@cacb.uscourts.gov