HILL, FARRER & BURRILL LLP
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
515 S. Flower Street, 7th Fl.
Los Angeles, CA  90071
Telephone: (213) 621-0802
Fax: (213) 624-4840

Attorneys for Petitioning General Partner
Garry Y. Itkin

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ITKIN & SABADASH,<br><br>            Involuntary Debtor. | Case No. 2:25-bk-11235-NB<br><br>Chapter 7<br><br>**PETITIONING GENERAL PARTNER'S' STATUS REPORT**<br><br>Date:   December 11, 2025<br>Time:  1:00 p.m.<br>Place:  Courtroom 1545 |

**TO:    THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Petitioning general partner Garry Y. Itkin ("Mr. Itkin") respectfully submits the following Status Report in this involuntary Chapter 7 case.  As the Court is aware from the mediator's certificate that was filed on November 4, 2025 (docket no. 116), a settlement was not reached at the mediation with Judge Meredith Jury (Ret.) on November 3, 2025.  As the Court also is aware from the Motions for Court-Ordered Mediation (the "Motions") that were filed on November 19, 2025, Mr. Itkin has requested that the Court order a mediation between the parties in three cases: (1) the Chapter 7 case of Itkin & Sabadash, case no. 2:25-bk-11235-NB; (2) the Chapter 15 case of Alexander Sabadash, aka, Aleksander Vitalievich Sabadash, case no. 2:23-bk-15574-NB; and

-1-

1 | (3) the Chapter 15 case of Golden Sphinx Limited, case no. 2:22-bk-14320-NB.

2 |     The hearing on the Motions is scheduled for December 16, 2025, at 2:00 p.m., in the three

3 | bankruptcy cases. Mr. Itkin requests that the matters pending before this Court on December 11,

4 | 2025, at 1:00 p.m. in the above-captioned case be continued to December 16, 2025, at 2:00 p.m.,

5 | for a status conference but not for hearing.

7 | DATED: December 9, 2025                          HILL, FARRER & BURRILL LLP

By:   */s/ Daniel J. McCarthy*
      Daniel J. McCarthy
      Attorneys for Petitioning General Partner
      GARRY Y. ITKIN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 300 South Grand Ave., 37th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **PETITIONING GENERAL PARTNER'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 9, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph E Caceres  jec@locs.com, generalbox@locs.com
Daniel J McCarthy  dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
Kurt  Ramlo Adam  RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Charles  Shamash  cs@locs.com, generalbox@locs.com
Oleg Stolyar  astolyar@loeb.com
United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov
Michael  Zorkin  mz@thezorkinfirm.com

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2025 | Sonia Padilla | /s/ Sonia Padilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |