| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daniel J. McCarthy (SBN 101081)<br>Hill, Farrer & Burrill, LLP<br>515 S. Flower Street, 7th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 621-0802<br>Fax: (213) 624-4840<br>email: dmccarthy@hillfarrer.com<br><br>*Attorney for* Garry Y. Itkin, petitioning general partner | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**

| In re:<br>ITKIN & SABADASH,<br><br><br>Debtor(s). | CASE NO.:2:25-bk-11235-NB<br>CHAPTER: 7<br>ADVERSARY NO.: |
|---|---|
| Plaintiff(s),<br>vs.<br><br><br><br>Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This <u>Involuntary Chapter 7 Proceeding filed against Itkin & Sabadash, combined with Golden Sphinx Limited and Aleksandr</u>
       (Adversary proceeding/name of dispute in main case)            Sabadash bankruptcy cases
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:                                                                  Alternate mediator:
<u>Bankruptcy Judge Meredith A. Jury (Ret.)</u>                _____
Name                                                                       Name

_____                                        _____
Firm name                                                                 Firm name

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                  Page 1                                                  **F 702**

3607 Mount Rubidoux Dr.
Address

Riverside, CA 92501-2018
City, state, zip code

951-367-9875
Telephone

Facsimile

majury470@gmail.com
Email address

Address

City, state, zip code

Telephone

Facsimile

Email address

The attorneys for the parties are:

Attorney for Garry Y. Itkin:

Daniel J. McCarthy
Name

Hill, Farrer & Burrill, LLP
Firm name

515 S. Flower Str., 7th Floor
Address

Los Angeles, CA 90071
City, state, zip code

(213) 621-0802
Telephone

(213) 624-4840
Facsimile

dmccarthy@hllfarrer.com
Email address

Attorney for Alexander Sabadash:

Michael Zorkin
Name

The Zorkin Firm
Firm name

6320 Canoga Ave., 15th Floor
Address

Woodland Hills, California 91367
City, state, zip code

(323) 493.8075
Telephone

Facsimile

mz@thezorkinfirm.com
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 2    F 702

_____                                          _____
Address                                                   Address

_____                                          _____
City, state, zip code                                     City, state, zip code

_____                                          _____
Telephone                                                 Telephone

_____                                          _____
Facsimile                                                 Facsimile

_____                                          _____
Email address                                             Email address


<u>The attorneys for the parties are</u>:

Attorney for  Creditors        :                          Attorney for  _____ :

Charles Shamash                                           _____
Name                                                      Name

Caceres & Shamash, LLP                                    _____
Firm name                                                 Firm name

9701 Wilshire Boulevard, Suite 1000                       _____
Address                                                   Address

Beverly Hills, California 90212                           _____
City, state, zip code                                     City, state, zip code

(310) 205-3400                                            _____
Telephone                                                 Telephone

(310) 878-8308                                            _____
Facsimile                                                 Facsimile

cs@locs.com                                               _____
Email address                                             Email address


**[Attach additional page(s) if necessary.]**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                Page 2                                **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds: _____

8. ☒ Other. Please specify: Dismissal of involuntary petition; motions for damages and sanctions

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☒ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
   state amount: $ _____
10. ☒ Money not at issue. Dismissal of involuntary case.

Instructions from the Court:

1. Re: filing and service of this Order:

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                              Page 3                                              F 702

    b.    <u>If Order is prepared by the judge:</u>

(1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

(2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

(3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>_____

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

Date: _____              _____
                                                                      United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*      Page 4      **F 702**

[EXHIBIT – PARTIES' SIGNATURE PAGE]

**SUBMITTED JOINTLY BY:**

Date: January 14, 2026

    Garry Y. Itkin
    Printed name of party

    */s/ Garry Itkin*
    Signature of party

Date: January 7, 2026

    Daniel J. McCarthy
    Printed name of party's attorney

    */s/ Daniel McCarthy*
    (Signature of party's counsel)

Date: _____

    (Name of party)

    (Signature of party)

Date: January 14, 2026

    Michael Zorkin
    (Name of party's counsel)

    */s/*
    (Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017     Page 5     F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 1 / 1 3 / 2 0 2 6

Charles Shamash
Printed name of party

*Charles Shamash*
Signature of party

Date:_____

Charles Shamash
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

_____
(Name of party)

_____
(Signature of party)

Date:_____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*  Page 5  **F 702**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

515 S. Flower Street, 7th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/14/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On (*date*) 1/14/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator:  Bankruptcy Judge Meredith A. Jury (Ret.), 3607 Mount Rubidoux Dr, Riverside, CA 92501-2018
Alternate Mediator:
Honorable Barry Russell, Mediation Program Administrator - 255 E. Temple, Room 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Bankruptcy Judge Meredith A. Jury (Ret.): via email  majury470@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/14/2026 | Sonia Padilla | /s/ Sonia Padilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                                 Page 6                                                                       F 702

**Service List Via ECF**

Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; dflowers@hfbllp.com
Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Michael Zorkin mz@thezorkinfirm.com