United States Bankruptcy Court

Central District of California

In re:                                                                                                              Case No. 25-11235-NB
Itkin & Sabadash                                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 16, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

**Recip ID            Recipient Name and Address**
db                 + Itkin & Sabadash, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026                           Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

**Name**                           **Email Address**

Charles Shamash
    on behalf of Creditor Elena Gofman cs@locs.com  generalbox@locs.com

Charles Shamash
    on behalf of Creditor Aleksandr Grant cs@locs.com  generalbox@locs.com

Charles Shamash
    on behalf of Creditor Progressive Management  Inc. cs@locs.com, generalbox@locs.com

Charles Shamash
    on behalf of Creditor Maria Habarova cs@locs.com  generalbox@locs.com

Charles Shamash
    on behalf of Creditor Maria Samsonova cs@locs.com  generalbox@locs.com

Charles Shamash
    on behalf of Creditor Evgeniy Avilov cs@locs.com  generalbox@locs.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 16, 2026 | Form ID: pdf042 | Total Noticed: 1

Charles Shamash
    on behalf of Creditor Ildar Shadaev cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Creditor Jeff Ratner & Associates Inc. cs@locs.com, generalbox@locs.com

Charles Shamash
    on behalf of Creditor Atabek & Co cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Creditor Alexey Kurochkin cs@locs.com generalbox@locs.com

Charles Shamash
    on behalf of Interested Party Courtesy NEF cs@locs.com generalbox@locs.com

Daniel J McCarthy
    on behalf of Petitioning Creditor Gary Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com

Joseph E Caceres
    on behalf of Creditor Progressive Management Inc. jec@locs.com, generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Maria Habarova jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Maria Samsonova jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Ildar Shadaev jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Jeff Ratner & Associates Inc. jec@locs.com, generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Elena Gofman jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Evgeniy Avilov jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Atabek & Co jec@locs.com generalbox@locs.com

Joseph E Caceres
    on behalf of Creditor Alexey Kurochkin jec@locs.com generalbox@locs.com

Kurt Ramlo
    on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
    on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Michael Zorkin
    on behalf of Partner Alexander Sabadash mz@thezorkinfirm.com

Oleg Stolyar
    on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 26

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daniel J. McCarthy (SBN 101081)<br>Hill, Farrer & Burrill, LLP<br>515 S. Flower Street, 7th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 621-0802<br>Fax: (213) 624-4840<br>email: dmccarthy@hillfarrer.com<br><br>*Attorney for* Garry Y. Itkin, petitioning general partner | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 16 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ghaltchi  **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>ITKIN & SABADASH.<br><br><br><br><br>Debtor(s).<br><br><br><br>Plaintiff(s),<br>vs.<br><br><br><br><br><br>Defendant. | CASE NO.: 2:25-bk-11235-NB<br>CHAPTER: 7<br>ADVERSARY NO.:<br><br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |
|---|---|

This <u>Involuntary Chapter 7 Proceeding filed against Itkin & Sabadash, combined with Golden Sphinx Limited and</u>
(Adversary proceeding/name of dispute in main case)        <u>Aleksandr Sabadash bankruptcy cases</u>

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

<u>Mediator:</u>

<u>Bankruptcy Judge Meredith A. Jury (Ret.)</u>
Name


Firm name

<u>Alternate mediator:</u>

_____
Name


_____
Firm name

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                  Page 1                                  **F 702**

3607 Mount Rubidoux Dr.
Address

Riverside, CA 92501-2018
City, state, zip code

951-367-9875
Telephone

Facsimile

Majury470@gmail.com
Email address

Address

City, state, zip code

Telephone

Facsimile

Email address

The attorneys for the parties are:

Attorney for Garry Y. Itkin :

Daniel J. McCarthy
Name

Hill, Farrer & Burrill LLP
Firm name

515 S. Flower Str., 7th Floor
Address

Los Angeles, CA 90071
City, state, zip code

(213) 621-0802
Telephone

(213) 624-4840
Facsimile

dmccarthy@hillfarrer.com
Email address

Attorney for Alexander Sabadash

Michael Zorkin
Name

The Zorkin Firm
Firm name

6320 Canoga Ave., 15th Floor
Address

Woodland Hills, California 91367
City, state, zip code

(323) 493.8075
Telephone

Facsimile

mz@thezorkinfirm.com
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*  Page 2  **F 702**

_____
Address

_____
City, state, zip code

_____
Telephone

_____
Facsimile

_____
Email address

_____
Address

_____
City, state, zip code

_____
Telephone

_____
Facsimile

_____
Email address

The attorneys for the parties are:

Attorney for Creditors          :
Charles Shamash
Name
Caceres & Shamash, LLP
Firm name
9701 Wilshire Boulevard, Suite 1000
Address
Beverly Hills, California 90212
City, state, zip code
(310) 205-3400
Telephone
(310) 878-8308
Facsimile
cs@locs.com
Email address

Attorney for _____:
_____
Name
_____
Firm name
_____
Address
_____
City, state, zip code
_____
Telephone
_____
Facsimile
_____
Email address

**[Attach additional page(s) if necessary.]**

_____
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                  Page 3                                   **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
    Specify grounds: _____

8. ☒ Other. Please specify: Dismissal of involuntary petition; motions for damages and sanctions

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☒ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
    state amount: $ _____
10. ☒ Money not at issue. Dismissal of involuntary case.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                    Page 4                                    **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.  <u>If Order is prepared by the judge:</u>

        (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):\_\_\_\_\_

        (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

        (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

###

Date: January 16, 2026

                        Neil W. Bason
                        United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*    Page 5    **F 702**

[EXHIBIT – PARTIES' SIGNATURE PAGE]

SUBMITTED JOINTLY BY:

Date: January 14, 2026

Garry Y. Itkin
Printed name of party

*Garry Itkin*
Signature of party

Date: January 7, 2026

Daniel J. McCarthy
Printed name of party's attorney

*Daniel McCarthy*
(Signature of party's counsel)

Date: _____

_____
(Name of party)

_____
(Signature of party)

Date: January 14, 2026

Michael Zorkin
(Name of party's counsel)

_____
(Signature of party's counsel)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 1 / 1 3 / 2 0 2 6

Charles Shamash
Printed name of party

*Charles Shamash*
Signature of party

Date: _____

Charles Shamash
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: _____

_____
(Name of party)

_____
(Signature of party)

Date: _____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 7    F 702