MICHAEL ZORKIN (Bar No. CA 313308)
Email: mz@thezorkinfirm.com
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone:   323.493.8075

Attorneys for Putative Partner of Alleged Debtor
Alexander Sabadash

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: | No. 2:25-bk-11235-NB |
|---|---|
| Itkin & Sabadash, | Hon. Neil W. Bason |
| Debtor, | **ALEXANDER SABADASH'S POST-MEDIATION STATUS REPORT AND REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |
| | Hearing Date: April 21, 2026<br>Hearing Time: 2:00 p.m. |

1

STATUS REPORT

THE ZORKIN FIRM

**TO THE COURT:**

This matter was dismissed ten months ago.  Since then, Mr. Itkin did all he could to delay paying fees and sanctions for filing an improper involuntary petition. Mr. Itkin forced Mr. Sabadash to incur significant fees on two fruitless mediation sessions.  It is time to end this.  Mr. Itkin's maneuvers in Jersey have nothing to do with this case.  Mr. Sabadash is not a party to the Jersey case.  There is no reason for this Court to indefinitely stay the resolution of a case to allow a party to litigate unrelated issues abroad.

Mr. Sabadash objects to any further continuances and asks that the hearing on his motion for sanctions and motion for fees be put on calendar.

Further, Mr. Sabadash asks for leave to submit a supplemental brief in support of his sanctions motion related to the conduct of creditor Grant.  A subsequent investigation revealed additional evidence that Grant's creditor claim, which is based on a Russian arbitration award, is a forgery.  As just one example, the arbitration organization that purportedly certified the award has responded to counsel inquiry confirming that it has never heard of the arbitrator, that its seal is forged, that the signature of its chairman is forged, and that the case number does not appear in its registry.  This information was not available at the time the sanctions motion was filed.

Dated:        April 15, 2026                    THE ZORKIN FIRM


By: /s/ Michael Zorkin
    Michael Zorkin
    Attorneys for Putative Partner
    Alexander Sabadash

THE ZORKIN FIRM

1

STATUS REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

6320 Canoga Ave., 15th Floor, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*):Status Report
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _11/13/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
Kurt Ramlo Adam RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.g

                                                    Service information continued on attached page

☐

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

_____

                                        ☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

                                        ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/15/2026    Michael Zorkin | | /s/ Michael Zorkin |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**