| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Zorkin (313308) <br> 6320 Canoga Ave., 15th Floor <br> Woodland Hills, CA 91367 <br> 323-493-8075 <br> mz@thezorkinfirm.com | |

☐ Individual *appearing without an attorney*
☒ *Attorney for:* Putative Partner Alexander Sabadash

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re: <br> Itkin & Sabadash, <br><br><br><br><br><br> Debtor(s) | CASE NO.: 2:25-bk-11235-NB <br> CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*): <br> Scheduling Order |

PLEASE TAKE NOTE that the order titled [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE

was lodged on (*date*) __04/22/2026__ and is attached. This order relates to the motion which is docket number 89,90,91

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

MICHAEL ZORKIN (Bar No. CA 313308)
Email: mz@thezorkinfirm.com
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone:   323.493.8075


Attorneys for Putative Partner of Alleged Debtor
Alexander Sabadash

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 2:25-bk-11235-NB |
| Itkin & Sabadash, | Hon. Neil W. Bason |
| Debtor, | **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE** |
| | Hearing Date: April 21, 2026<br>Hearing Time: 2:00 p.m. |

1

THE ZORKIN FIRM

On April 21, 2026, the Bankruptcy Court held a status conference in the above captioned case.  After discussion with counsel, it is Ordered:

1.  Sabadash shall file a supplemental brief in support of his motions for damages (Dkt. 90) and sanctions (Dkt. 91) on June 16, 2026;

2.  Itkin and creditors shall file an opposing brief on June 23, 2026;

3.  Sabadash shall file a reply on June 30, 2026;

4.  Sabadash shall file an opposition to Itkin's motion for reconsideration (Dkt. 89) on June 23, 2026;

5.  Itkin shall file a reply in support of motion for reconsideration on June 30, 2026;

6.  The hearing on all three motions is set for July 14, 2026 at 2 p.m.

# # #

THE ZORKIN FIRM

1

SCHEDULING ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

6320 Canoga Ave., 15th Floor, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): Scheduling Order
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _4/22/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
Kurt Ramlo Adam RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.g

                                         Service information continued on attached page

☐

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

_____

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/22/2026 | Michael Zorkin | /s/ Michael Zorkin |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**