United States Bankruptcy Court

Central District of California

In re:                                                                                                        Case No. 25-11235-NB

Itkin & Sabadash                                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID              Recipient Name and Address**
db              + Itkin & Sabadash, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Shamash | on behalf of Creditor Elena Gofman cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Aleksandr Grant cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Progressive Management  Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Habarova cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Samsonova cs@locs.com  generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Evgeniy Avilov cs@locs.com  generalbox@locs.com |

District/off: 0973-2                     User: admin                                    Page 2 of 2
Date Rcvd: Apr 23, 2026                  Form ID: pdf042                              Total Noticed: 1

Charles Shamash
                 on behalf of Creditor Ildar Shadaev cs@locs.com  generalbox@locs.com

Charles Shamash
                 on behalf of Creditor Jeff Ratner & Associates  Inc. cs@locs.com, generalbox@locs.com

Charles Shamash
                 on behalf of Creditor Atabek & Co cs@locs.com  generalbox@locs.com

Charles Shamash
                 on behalf of Creditor Alexey Kurochkin cs@locs.com  generalbox@locs.com

Charles Shamash
                 on behalf of Interested Party Courtesy NEF cs@locs.com  generalbox@locs.com

Daniel J McCarthy
                 on behalf of Petitioning Creditor Gary Y. Itkin dmccarthy@hillfarrer.com  spadilla@hillfarrer.com;dflowers@hfbllp.com

Joseph E Caceres
                 on behalf of Creditor Progressive Management  Inc. jec@locs.com, generalbox@locs.com

Joseph E Caceres
                 on behalf of Creditor Maria Habarova jec@locs.com  generalbox@locs.com

Joseph E Caceres
                 on behalf of Creditor Maria Samsonova jec@locs.com  generalbox@locs.com

Joseph E Caceres
                 on behalf of Creditor Ildar Shadaev jec@locs.com  generalbox@locs.com

Joseph E Caceres
                 on behalf of Creditor Jeff Ratner & Associates  Inc. jec@locs.com, generalbox@locs.com

Joseph E Caceres
                 on behalf of Creditor Elena Gofman jec@locs.com  generalbox@locs.com

Joseph E Caceres
                 on behalf of Creditor Evgeniy Avilov jec@locs.com  generalbox@locs.com

Joseph E Caceres
                 on behalf of Creditor Atabek & Co jec@locs.com  generalbox@locs.com

Joseph E Caceres
                 on behalf of Creditor Alexey Kurochkin jec@locs.com  generalbox@locs.com

Kurt Ramlo
                 on behalf of Interested Party Andrew Wood RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
                 on behalf of Interested Party Alexander Adam RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Michael Zorkin
                 on behalf of Partner Alexander Sabadash mz@thezorkinfirm.com

Oleg Stolyar
                 on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com

United States Trustee (LA)
                 ustpregion16.la.ecf@usdoj.gov


TOTAL: 26

MICHAEL ZORKIN (Bar No. CA 313308)
Email: mz@thezorkinfirm.com
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone:   323.493.8075

Attorneys for Putative Partner of Alleged Debtor
Alexander Sabadash

**FILED & ENTERED**

APR 23 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis      DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Itkin & Sabadash,<br><br>        Debtor, | No. 2:25-bk-11235-NB<br><br>Hon. Neil W. Bason<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**<br><br>**Status Conference:**<br>Date: April 21, 2026<br>Time: 2:00 p.m.<br><br>**Continued Status Conference and Hearings on Mr. Sabadash's Motions for Damages and Sanctions and Mr. Itkin's Motion for Reconsideration:**<br>Date: July 14, 2026<br>Time: 2:00 p.m.<br>Ctrm: 1545<br>     255 E. Temple Street<br>     Los Angeles, CA 90012<br>(or via Zoomgov per posted procedures) |

1

SCHEDULING ORDER

~~On April 21, 2026,~~ <u>At the time and place set forth above</u>, the Bankruptcy Court held a status conference in the above captioned case. After discussion with counsel, it is Ordered:

1. Sabadash shall file a supplemental brief in support of his motions for damages (Dkt. 90) and sanctions (Dkt. 91) on June 16, 2026;

2. Itkin and creditors shall file an opposing brief on June 23, 2026;

3. Sabadash shall file a reply on June 30, 2026;

4. Sabadash shall file an opposition to Itkin's motion for reconsideration (Dkt. 89) on June 23, 2026;

5. Itkin shall file a reply in support of motion for reconsideration on June 30, 2026;

6. The hearing on all three motions <u>will take place as set forth in the caption above.</u> ~~is set for July 14, 2026 at 2 p.m.~~

### 

Date: April 23, 2026

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge

THE ZORKIN FIRM

1

SCHEDULING ORDER