MICHAEL ZORKIN (Bar No. CA 313308)
Email: mz@thezorkinfirm.com
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone:   323.493.8075


Attorneys for Putative Partner of Alleged Debtor
Alexander Sabadash

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 2:25-bk-11235-NB |
| Itkin & Sabadash, | Hon. Neil W. Bason |
| Debtor, | **NOTICE OF LODGING OF NATIVE OUTLOOK FILES IN SUPPORT OF MOTION FOR SANCTIONS UNDER FRBP 9011 AND THE COURT'S INHERENT POWER** |
| | Hearing Date: July 14, 2026<br>Hearing Time: 2:00 p.m. |

NOTICE OF LODGING

THE ZORKIN FIRM

**PLEASE TAKE NOTICE:**

Alexander Sabadash lodges a flash drive containing native electronic files that cannot be filed as ordinary PDF exhibits without losing native metadata, including transport headers, authentication results, and embedded attachments.  The flash drive is lodged as a non-paper physical exhibit.  The Exhibits will be provided to Creditors' counsel.

- Exhibit 40: Native Outlook file containing an email from Dmitriy Vlaeriyevich Knyazev to Michael Zorkin, Irina Selezneva, Tatiana Padalko, Gary Itkin, and Larisa Sabadash dated August 25, 2021.  (This Exhibit has been filed in PDF format with a certified translation as Exhibit 37 to the declaration of Michael Zorkin.)

- Exhibit 41: Native Outlook file containing an email from Irina Selezneva to Dmitry Valeriyevich Knyazev dated August 25, 2021.  (This Exhibit has been filed in PDF format with a certified translation as Exhibit 37 to the declaration of Michael Zorkin)

Dated:      June 17, 2026              THE ZORKIN FIRM


                                       By:/s/ Michael Zorkin
                                          Michael Zorkin
                                          Attorneys for Alexander Sabadash

THE ZORKIN FIRM

2

NOTICE OF LODGING