Case 2:25-bk-11235-NB   Doc 142   Filed 06/23/26   Entered 06/23/26 17:26:21   Desc
Main Document   Page 1 of 32

HILL, FARRER & BURRILL LLP
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
515 South Flower Street, 7th Fl.
Los Angeles, CA 90071-3147
Telephone: (213) 621-0802
Fax: (213)624-4840

Attorneys for Petitioning General Partner
Garry Y. Itkin and Daniel J. McCarthy, in pro per

CACERES & SHAMASH, LLP
Charles Shamash (SBN 178110)
cs@locs.com
Joseph E. Caceres (SBN 169164)
jec@locs.com
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212
Tel: (310) 205-3400
Fax: (310) 878-8308

Attorneys for Creditors and Joseph E. Caceres, in pro per

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ITKIN & SABADASH,<br><br>               Involuntary Debtor. | Case No. 2:25-bk-11235-NB<br><br>Chapter 7<br><br>**RESPONDING PARTIES' EVIDENTIARY OBJECTIONS TO DECLARATIONS OF MICHAEL ZORKIN, DARYA TRUBINA AND NADEZHDA YURASOVA FILED ON JUNE 16, 2026, IN SUPPORT OF PUTATIVE PARTNER ALEXANDER SABADASH'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR SANCTIONS UNDER FRBP 9011 AND THE COURT'S INHERENT POWER (DOCKET NO. 137)**<br><br>Date:    July 14, 2026<br>Time:   2:00 p.m.<br>Place:  Courtroom 1545 |

-1-

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

**TO:   THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

Responding parties Garry Y. Itkin, Daniel J. McCarthy and Joseph E. Caceres ("Responding Parties") object to the admissibility of the following evidence submitted by Alexander Sabadash on June 16, 2026, in support of Putative Partner Alexander Sabadash's Supplemental Brief in Support of Motion for Sanctions Under FRBP 9011 and the Court's Inherent Power (Docket No. 137), and they respectfully request a ruling from the Court on these objections.

**OBJECTIONS TO DECLARATION OF MICHAEL ZORKIN**

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| Paragraph 2: On August 2, 2021, I received a letter from the arbitrator, Mr. Knyazev… I caused the letter to be translated into English. A true and correct copy of the letter and a certified translation is attached as **Exhibit 32**. | The letter and the translated version attached as Exhibit 32 is objected to on grounds of hearsay and lack of authentication. | Grant _____ Deny _____ |
| Paragraph 3: The letter asked parties to submit written objections to the hearing. I sent Mr. Knyazev three formal objections to the email address that Knyazev listed on his letter to me (ag99@list.ru). The first contested the jurisdiction of the arbitrator to hear the dispute because defendants were not parties to any arbitration agreement. The second objected on the | The letter and the translated version attached as Exhibit 32 is objected to on grounds of hearsay and lack of authentication. The three formal objections and the translated versions attached as Exhibit 33, 34 and 35 are objected to on grounds of hearsay. | Grant _____ Deny _____ |

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| ground that defendants have not received any documents substantiating Plaintiff's claims and questioned the validity of any such documents. The third raised a defense based on the statute of limitations as the alleged debts arose in 2010.  In preparation for this case, I caused the objections to be translated into English. True and correct copies of the objections and certified translations are attached as **Exhibits 33, 34, and 35.** | | |
| Paragraph 4: The Russian attorneys went to the address listed by the arbitrator while in contact with me by phone. The attorneys knocked on the door of the office designated by the arbitrator, but no one answered the door. | Lack of personal knowledge and lack of foundation. | Grant \_\_\_\_\_ Deny \_\_\_\_\_ |
| Paragraph 5: Then, about ten minutes after the hearing was scheduled to start, the arbitrator emailed me attaching a decision dismissing the case based on Defendants' objections. The arbitrator found that he lacks jurisdiction to hear the case based on objections submitted by | The statements about the arbitrator's findings are object to on grounds of hearsay, lack of authentication and lack of foundation. | Grant \_\_\_\_\_ Deny \_\_\_\_\_ |

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| defendants. The email used by the arbitrator was ag99@list.ru. | | |
| Paragraph 6: The arbitrator copied all parties, including plaintiff's counsel on this email. Plaintiff's counsel acknowledged the email and thanked the arbitrator. A true and correct copy of the decision sent to me by the arbitrator and a certified translation is attached as **Exhibit 36**. A true and correct copy of the email and a certified translation is attached as **Exhibit 37**. | The alleged acknowledgement by plaintiff's counsel, the decision attached as Exhibit 36, and the email attached as Exhibit 37 are objected to on grounds of hearsay, lack of authentication and lack of foundation. | Grant _____ Deny _____ |
| Paragraph 7: Plaintiff's counsel, Selezneva responded to the email minutes after the Knyazev email. | Hearsay and lack of foundation. Also, the alleged response is the best evidence of the alleged response. | Grant _____ Deny _____ |
| Paragraph 10: I received the Knyazev email in my Microsoft Outlook mailbox on August 25, 2021. I saved the email in native .eml format. I have preserved that native file. A true and correct copy of the native .eml file is being lodged with the Court. | Hearsay, lack of authenticity and lack of foundation regarding the email. | Grant _____ Deny _____ |
| Paragraph 11: I also received the Selezneva response in | Hearsay, lack of authenticity and lack of foundation regarding the | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| my Microsoft Outlook mailbox on August 25, 2021. I saved that response in native .eml format. I have preserved that native file. A true and correct copy of the native .eml file is being lodged with the Court. | email. | |
| Paragraph 14:<br>The received lines are like postal routing stamps. Each mail server adds a line as the email moves from one system to another. The Authentication-Results lines are the checks recorded by Microsoft and the sending email systems. | Improper expert testimony from a lay witness regarding the technical information allegedly shown by emails. | Grant _____<br>Deny _____ |
| Paragraph 15:<br>The Knyazev email shows the sender as "Дмитрий Князев <ag99@list.ru>." It was sent to Tatiana Padalko, Larisa Sabadash, me, Garry Itkin, and Irina Selezneva. The subject identifies six PDF attachments: three named PDF files "and 3 more files." | Hearsay, lack of authenticity, and lack of foundation regarding the email. | Grant _____<br>Deny _____ |
| Paragraph 16:<br>The Knyazev email header states that it was dated Wednesday, August 25, 2021 at 12:11:55 p.m. Moscow time, which is 9:11:55 a.m. UT The Message-ID is <1629882715.512343640@f149.i.mail.ru>. | Hearsay, lack of authenticity and lack of foundation regarding the email. | Grant _____<br>Deny _____ |

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| **Paragraph 17:** The Knyazev email contains Microsoft header lines showing that Microsoft received the email from Mail.ru on August 25, 2021 at 09:12:01 UTC and delivered it to my Microsoft mailbox at 09:12:08 UTC. | Hearsay, lack of authenticity and lack of foundation regarding the email. Improper expert testimony of a lay witness as to what the email supposedly shows. | Grant _____ Deny _____ |
| **Paragraph 18:** The Knyazev email also contains authentication lines. The header states: "spf=pass," "dkim=pass (signature was verified)," and "dmarc=pass." It also states: "auth=pass smtp.auth=ag99@list.ru smtp.mailfrom=ag99@list.ru." I understand those lines to be recorded authentication results in the native email header. | Hearsay, lack of authenticity and lack of foundation regarding the email. Improper expert testimony of a lay witness as to what the email supposedly shows. | Grant _____ Deny _____ |
| **Paragraph 19:** The Knyazev email header also states "Received: by e.mail.ru with HTTP," which appears in the native file immediately before the sending time. I understand that line to show that the message was sent through Mail.ru webmail. | Hearsay, lack of authenticity and lack of foundation regarding the email. Improper expert testimony of a lay witness as to what the email supposedly shows. | Grant _____ Deny _____ |
| **Paragraph 20:** | Hearsay, lack of authenticity and | Grant _____ |

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| The body of the Knyazev email is short. It states in Russian: "С уважением, единый арбитр (судья) выбранный и согласованный сторонами Дмитрий Валерьевич Князев." I read Russian. In English, this means: "Respectfully, sole arbitrator (judge) selected and agreed by the parties, Dmitry Valeryevich Knyazev."] | lack of foundation regarding the email.  Improper expert testimony of a lay witness as to what the email supposedly shows. | Deny _____ |
| Paragraph 21: The native Knyazev email contains six PDF attachments. The attachment filenames are: doc01214920210825090459.pdf, doc01215020210825090532.pdf, doc01215120210825090604.pdf, doc01215220210825090628.pdf, doc01215320210825090655.pdf, and doc01215420210825090725.pdf. | Hearsay, lack of authenticity and lack of foundation regarding the email and its alleged attachments. | Grant _____<br>Deny _____ |
| Paragraph 22: Those filenames contain timestamps from approximately 09:04:59 UTC through 09:07:25 UTC on August 25, 2021. The email itself was sent at 09:11:55 UTC. That sequence is consistent with the PDFs being created or scanned shortly before they were attached | Hearsay, lack of authenticity and lack of foundation regarding the email.  Improper expert testimony of a lay witness as to what the email supposedly shows. | Grant _____<br>Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| to the email and sent. | | |
| Paragraph 23: I extracted the six PDF attachments from the native .eml file without changing them. I reviewed their PDF metadata. Each PDF is one page, A4 size, and has an internal PDF creation date between 09:05:05 UTC and 09:07:31 UTC on August 25, 2021. The PDF pages together comprise the August 25, 2021 Order dismissing the case, previously attached as **Exhibit 36**. | Hearsay, lack of authenticity and lack of foundation regarding the email.  Improper expert testimony of a lay witness as to what the email supposedly shows. | Grant _____ Deny _____ |
| Paragraph 24: The Selezneva response was sent by Irina Selezneva at irina.seleznev@yandex.ru. It was sent to Tatiana Padalko, Larisa Sabadash, me, Garry Itkin, and Dmitry Knyazev at ag99@list.ru. | Hearsay, lack of authenticity and lack of foundation regarding the email.  Improper expert testimony of a lay witness as to what the email supposedly shows. | Grant _____ Deny _____ |
| Paragraph 25: The Selezneva response is dated Wednesday, August 25, 2021 at 12:13:41 p.m. Moscow time, or 09:13:41 UTC. Microsoft received it at 09:13:45 UTC and delivered it to my Microsoft 365 mailbox at 09:13:47 UTC. | Hearsay, lack of authenticity and lack of foundation regarding the email.  Improper expert testimony of a lay witness as to what the email supposedly shows. | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| Paragraph 26: The Selezneva response contains two header fields tying it to the Knyazev email. The "In-Reply-To" field states <1629882715.512343640@f149.i.mail.ru>. The "References" field states the same value. That is the exact Message-ID from the Knyazev email. | Hearsay, lack of authenticity and lack of foundation regarding the email. Improper expert testimony of a lay witness as to what the email supposedly shows. | Grant _____ Deny _____ |
| Paragraph 27: I read Russian. The first line of the Selezneva response states: "Определение получено, благодарю." In English, this means: "The ruling has been received, thank you." | Hearsay, lack of authenticity and lack of foundation regarding the email. | Grant _____ Deny _____ |
| Paragraph 28: The Selezneva response then quotes the Knyazev email below it. The quoted text includes Knyazev's signature block as "sole arbitrator (judge) selected and agreed by the parties." | Hearsay, lack of authenticity and lack of foundation regarding the email. | Grant _____ Deny _____ |
| Paragraph 29: The Selezneva response contains Microsoft header lines showing SPF passed and DMARC passed for the Yandex sender. Microsoft's header | Hearsay, lack of authenticity and lack of foundation regarding the email. Improper expert testimony of a lay witness as to what the email supposedly | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| also states that DKIM failed on a body-hash check. Yandex's own original authentication line states "dkim=pass header.i=@yandex.ru." | shows. | |
| Paragraph 32: The arbitrator's seals on the August 31, 2021 and August 15, 2025 awards both misspell the Russian word "Procedure." The fifth letter of the Russian word is the letter "Ё" instead of the correct letter "Е." This is the English equivalent of writing "yo" instead of the correct "ye." | Hearsay, lack of authenticity and lack of foundation regarding the seals. | Grant _____ Deny _____ |
| Paragraph 33: On March 23, 2026, I received from Darya Trubina the ICAC's response to her inquiries regarding ICAC's involvement with this arbitration. I caused the document to be translated into English. A true and correct copy of the certified English translation is attached as **Exhibit 38**. | Hearsay, lack of authenticity and lack of foundation regarding the supposed letter from the ICAC and the English translation. | Grant _____ Deny _____ |
| Paragraph 34: After receiving the ICAC letter, I asked another attorney working on this matter, Nadezhda Yurasova to obtain a notarized and apostilled copy. | Hearsay, lack of authenticity and lack of foundation regarding the supposed letter from the ICAC and the English translation.  The notarized, apostilled copy of the | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Zorkin Declaration (docket no. 137-1) | Objections | Ruling |
|---|---|---|
| On June 8, 2026, I received the full notarized, apostilled, and translated packet of the ICAC letter from Ms. Yurasova. | letter in Russian does not appear to be attached to Mr. Zorkin's declaration.  In contrast, Exhibits 1 and 2 to Arbitrator . Kynazev's declaration are properly apostilled. | |
| Paragraph 35: I received from Darya Trubina the April 7, 2026 letter from the Ministry of Justice. I caused the document to be translated into English. A true and correct copy of the certified English translation is attached as **Exhibit 39**. | Hearsay, lack of authenticity and lack of foundation regarding the supposed letter from the Ministry of Justice and the English translation. | Grant \_\_\_\_\_ Deny \_\_\_\_\_ |

## OBJECTIONS TO DECLARATION OF DARYA TRUBINA

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| Entire Declaration. | Lack of authenticity.  The declaration does not bear an apostille issued under the Hague Convention of October 5, 1961 nor any consular authentication, nor are any documents accompanied by certification of the declarant's identity by any foreign official.[1] | Grant \_\_\_\_\_ Deny \_\_\_\_\_ |

---

[1] As Mr. Zorkin argued to the District Court on behalf of AFB: "A certification from a foreign

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| Paragraph 3:<br><br>I emailed and mailed questions from AFB Trading One, Inc., provided by Michael Zorkin, to D.V. Knyazev at the email and address he provided in his decisions. To date, I have not received a response. | Best evidence rule; the emails and mail are the best evidence of what they stated.  Hearsay as to what the emails stated. | Grant _____<br><br>Deny _____ |
| Paragraph 4:<br><br>Upon my review, relying on my experience in Russian language, law, and legal standards, Judge D.V. Knyazev's decision of August 31, 2021, appears falsified. | The statement "appears falsified" is without foundation; is speculative; it is argumentative; and it is improper opinion of a lay witness. | Grant _____<br><br>Deny _____ |
| Paragraph 5:<br><br>From all the circumstances presented below, the Decision of August 31, 2021, was prepared retroactively by individuals residing outside of Russia who are not fluent in Russian, Russian laws, or Russian legal terminology. | Lack of foundation, lack of personal knowledge, speculation, argumentative, and improper opinion of a lay witness. | Grant _____<br><br>Deny _____ |
| Paragraph 6:<br><br>The Decision of Judge D.V. Knyazev was | Misstatement of evidence, lack of foundation, and lack of | Grant _____<br><br>Deny _____ |

country requires, at least, an apostille from a proper government agency and a notarial certification of the signature on the apostille. *See, e.g., Strategic Asset Grp., LLC v. Shabanets*, No. SACV1801384CJCJDEX, 2019 WL 13171184, at \*2 (C.D. Cal. 2019) ("One means of certification is an apostille, a standard certification provided under the Hague Convention for authenticating documents used in foreign countries. The United States and the Russian Federation are both parties to the Hague Apostille Convention.") (cleaned up)."  The two declarations of Arbitrator Kynazev that are concurrently-filed are properly apostilled.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| issued on August 31, 2021 (hereinafter, the Decision of August 31, 2021). | personal knowledge.  The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. | |
| Paragraph 7: <br><br>The Decision of August 31, 2021 states: | Misstatement of evidence, lack of foundation, and lack of personal knowledge.  The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. | Grant _____ <br><br>Deny _____ |
| Paragraph 8: <br><br>That is, in the Decision of August 31, 2021, the court referred to the clarifications of the Russian Ministry of Justice dated September 2, 2021, i.e., clarifications dated two days after the decision was rendered. | Misstatement of evidence, lack of foundation, and lack of personal knowledge.  The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. | Grant _____ <br><br>Deny _____ |
| Paragraph 9: <br><br>Moreover, the document "Clarifications of the Ministry of Justice of Russia dated September 2, 2021 No. 12-103924/2021" has never been issued by the Ministry of Justice of Russia and has not been officially published. | Lack of foundation and lack of personal knowledge. | Grant _____ <br><br>Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| Paragraph 11: Furthermore, Letter No. 17-106147/24 of the Ministry of Justice of the Russian Federation dated October 9, 2024, states that the Ministry of Justice of the Russian Federation does not provide clarifications of legislation: | Lack of foundation, lack of personal knowledge, argumentative, and improper opinion of lay witness. | Grant _____ Deny _____ |
| Paragraph 12: In the Decision dated August 31, 2021, it is stated: | Misstatement of evidence, lack of foundation, and lack of personal knowledge.  The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. | Grant _____ Deny _____ |
| Paragraph 13: This refers to the absence of a criminal record for Judge D.V. Knyazev. | Lack of foundation and lack of personal knowledge. | Grant _____ Deny _____ |
| Paragraph 15: I found another decision of an arbitration court with a similar paragraph - Arbitration award dated February 18, 2022 in No. AV-M- 3005/2021, issued by sole Arbitrator Aleksey Vladimirovich Kravtsov. (URL https://ats.msk.ru/docs/paktika/Vzyskanie _po_dogovoru_kupliprodazhi_ | Lack of foundation.  The other decision is the best evidence of that decision.  Hearsay as to the paragraph being "similar." | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| mezhdu_yurlitcami_Tretejskoe_reshenie_AV-M-3005-2021_Opredelenie_ASGM_ot_13.05.22_.pdf?ysclid=mky6eitskj534353711.) | | |
| Paragraph 16: On page 5 of the Arbitration Award dated February 18, 2022, in Case No. AV-M-3005/2021, found online, it is stated: "The absence of a criminal record is confirmed by Certificate No. 13/5-099/264646-E of the Main Directorate of the Ministry of Internal Affairs of Russia for the City of Moscow dated November 11, 2021, available in the arbitration case materials." | Hearsay. The supposed Arbitration Award dated February 18, 2022, is the best evidence of what that Award supposedly states. | Grant _____ Deny _____ |
| Paragraph 17: This refers to the absence of a criminal record for Judge A.V. Kravtsov. | Hearsay. The supposed Arbitration Award dated February 18, 2022, is the best evidence of what that Award supposedly states. | Grant _____ Deny _____ |
| Paragraph 18: Thus, the lack of criminal records of Judges A.V. Kravtsov and D.V. Knyazev is confirmed by a Certificate from the Main Directorate of the Ministry of Internal Affairs of Russia for | Hearsay. The supposed Certificate is the best evidence of what that Certificate supposedly states. | Grant _____ Deny _____ |

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| the City of Moscow with the same number but different dates: for D.V. Knyazev – dated July 11, 2021, and for A.V. Kravtsov – dated November 11, 2021. | | |
| Paragraph 19: Two certificates from two different rulings by two different judges have the same number and year of issue, which is impossible. | Hearsay as to what the two certificates supposedly state. They are the best evidence of what they state. The statement "impossible" is without foundation, it is without personal knowledge, it is speculative, it is argumentative, and it is an improper opinion of a lay witness. | Grant _____ Deny _____ |
| Paragraph 20: The above quoted paragraph from the Decision of August 31, 2021, was obviously copied from the Arbitration Award of February 18, 2022, in Case No. AV-M-3005/2021, found online. | Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021." The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. Regarding the comparison of the September 6, 2021 Arbitration | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| | Award and the "Arbitration Award of February 18, 2022": that is based upon hearsay as to what each document states, the documents are the best evidence of what they state, and the statement is speculative and without personal knowledge as to one document copying other document. | |
| Paragraph 21: The August 15, 2025 decision also refers to the certificate dated 2021, not an updated one for 2025. | Hearsay.  The August 15, 2025 decision is the best evidence of what it refers to. | Grant _____ Deny _____ |
| Paragraph 22: The Decision of August 31, 2021, stated that Judge D.V. Knyazev held the court hearing at the following address: 109012, Russian Federation, Moscow, Ilyinka Street, Building 4, Office 102-103. | Hearsay.  The September 6, 2021 Award is the best evidence of what it refers to. Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021."  The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. | Grant _____ Deny _____ |

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| Paragraph 23:<br><br>In the Russian Federation, there is a publicly available mandatory register of corporations that can be accessed at https://egrul.nalog.ru/index.html. The register includes information such as the legal name of the entity, registered address, and the names of the shareholders of the entity, among other things. | Hearsay and lack of foundation. | Grant \_\_\_\_\_<br><br>Deny \_\_\_\_\_ |
| Paragraph 24:<br><br>The register was developed in accordance with paragraph 1 of Article 7 of the Federal Law of August 8, 2001 No. 129-FZ "On State Registration of Legal Entities and Individual Entrepreneurs," providing for the free provision of information about legal entities in electronic form. | Hearsay, lack of foundation and improper opinion of a lay witness. | Grant \_\_\_\_\_<br><br>Deny \_\_\_\_\_ |
| Paragraph 25:<br><br>The register allows interested parties to obtain free information about a specific legal entity in the form of an electronic document signed with an electronic signature. The register is monitored by the Federal Tax Service, | Hearsay, lack of foundation and improper opinion of a lay witness. | Grant \_\_\_\_\_<br><br>Deny \_\_\_\_\_ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| which checks the records against its own database. The Federal Tax Service has the power to administratively strike off a company that provides incomplete or inaccurate information. | | |
| Paragraph 27: According to the register, a company called Semantic HUB LLC (TIN 9710003595) has been registered at this address from November 2, 2015, to the present. From August 3, 2017, to March 16, 2023, I.V. Efimenko served as the General Director. There is no public information indicating that D.V. Knyazev has or had any connection with Semantic HUB LLC in 2021. | Hearsay. | Grant _____ Deny _____ |
| Paragraph 28: In the Decision of August 31, 2021, Judge D.V. Knyazev states that he holds a Doctor of Law. At the same time, he states that he holds a Master of Laws. | Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021." The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. Hearsay as to the September 6, | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| | 2021 decision, which is the best evidence of what it states. | |
| Paragraph 29:<br>But the system of academic degrees and titles in Russia is different: | Lack of foundation and lack of personal knowledge. | Grant _____<br>Deny _____ |
| Paragraph 30:<br>The first and most common degree is Candidate of Sciences (PhD). It is equivalent to a PhD in the international system. This is an academic degree that confirms the holder's deep knowledge in their field and the ability to conduct independent research. | Lack of foundation, lack of personal knowledge, and improper opinion of a lay witness. | |
| Paragraph 31:<br>To become a Candidate of Sciences (PhD), one must complete postgraduate studies or independently prepare a research paper, defend a dissertation, and publish articles in scientific journals. This degree opens the door to teaching students at universities. | Lack of foundation, lack of personal knowledge, and improper opinion of a lay witness. | Grant _____<br>Deny _____ |
| Paragraph 32:<br>After the Candidate of Sciences (PhD), comes the Doctor of Sciences (DOC), the highest academic degree in Russia. To obtain it, one | Lack of foundation, lack of personal knowledge, and improper opinion of a lay witness. | Grant _____<br>Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| must make a significant contribution to one's field of knowledge. This requires defending a doctoral dissertation. Multiple publications in scientific journals and many years of research experience are also required. | | |
| Paragraph 33: In Europe, a different classification is used: a. – Bachelor's, b. – Master's, c. – Doctor of Philosophy (referring to sciences in general, not just philosophy), law, medicine, theology, etc. | | Grant _____ Deny _____ |
| Paragraph 34: Therefore, the designations "Doctor of Law" and "Master of Laws" are not typical in Russia; a Russian judge would not use these terms for themselves. | Lack of foundation, lack of personal knowledge, and improper opinion of a lay witness. | Grant _____ Deny _____ |
| Paragraph 35: The stamp impressions of Judge D.V. Knyazev on the Decision of August 31, 2021, and the determination of the court's jurisdiction of August 25, 2021, are clearly different from each | Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021." The Decision (Kynazev declaration, Ex. 1) refers to | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| other. | proceedings on August 31, 2021, but it is dated September 6, 2021. Hearsay and improper opinion of a lay witness. The stamp impressions are the best evidence. Also, assumes a fact not in evidence, which is that the stamps needed to be identical. | |
| Paragraph 36: For example, the letters in the stamp impression of Judge D.V. Knyazev are different from each other. In the Decision of August 31, 2021, the letters vary in height, while the letters in Judge Knyazev's stamp in the ruling on the court's jurisdiction of August 25, 2021, are the same height. | Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021."  The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. Hearsay and improper opinion of a lay witness. The letters in the documents are the best evidence. Also, assumes a fact not in evidence, which is that the letters in the stamps needed to be identical. | Grant _____ Deny _____ |
| Paragraph 37: | Hearsay and improper opinion of | Grant _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| The letters themselves also differ from each other in font and style in the stamps of different documents. | a lay witness. The letters in the documents are the best evidence. Also, assumes a fact not in evidence, which is that the letters in the stamps needed to be identical. | Deny _____ |
| Paragraph 38: Furthermore, the stamp of Judge D.V. Knyazev on the Decision of August 31, 2021 contains the phrase "ARBITRATION PROCEDURE." | Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021." The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. Hearsay and improper opinion of a lay witness. The stamp in the document is the best evidence. | Grant _____ Deny _____ |
| Paragraph 39: However, in Russian, the word "PROCEDURE" is misspelled. | Hearsay and improper opinion of a lay witness. | Grant _____ Deny _____ |
| Paragraph 40: That is, in the stamp of Judge D.V. Knyazev on the Decision of August 31, 2021, the letter "Ë" is indicated instead of the letter "E." | Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021." The Decision (Kynazev | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| | declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. Hearsay and improper opinion of a lay witness.  The stamp on the document is the best evidence. | |
| Paragraph 41: In the stamp of Judge D.V. Knyazev the word "PROCEDURE" was correctly spelled on the court's jurisdiction ruling of August 25, 2021. | Hearsay and improper opinion of a lay witness.  The stamp on the document is the best evidence. | Grant _____ Deny _____ |
| Paragraph 42: It is unlikely that Judge D.V. Knyazev changed his stamp between August 25, 2021 and August 31, 2021 and misspelled the word. | Hearsay, lack of foundation. and improper opinion of a lay witness.  It also assumes a fact not in evidence, which is that the stamp was Arbitrator Knyazev's own stamp, that he could change "his stamp," and that he could misspell a word. | Grant _____ Deny _____ |
| Paragraph 43: I note that a seal of the International Commercial Arbitration Court appears on the top of the Decision dated August 31, 2021. | Hearsay.  The document is the best evidence. | Grant _____ Deny _____ |
| Paragraph 44: | Lack of foundation and lack of | Grant _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| The International Commercial Arbitration Court at the Chamber of Commerce and Industry of the Russian Federation is a private organization, not a governmental one. | personal knowledge. | Deny _____ |
| Paragraph 45: I accessed this organization's website at mkas.tpprf.ru. Their website provides a search function for arbitrators affiliated the ICAC. I searched for Knyazev and he does not appear in the roster of arbitrators. | Lack of foundation and lack of personal knowledge as to the website supposedly providing "a search function for arbitrators affiliated the ICAC" and regarding the website showing that "Knyazev…does not appear in the roster of arbitrators." | Grant _____ Deny _____ |
| Paragraph 46: Neither the August 31, 2021 decision nor the August 15, 2025 decision mentioned that the arbitration was conducted under the auspices of ICAC. I have sent a written request to ICAC to explain whether the decision dated August 31, 2021 was issued within the parameters of their procedures and whether Mr. Kostin, Aleksey Alekseyevich in fact placed his signature on the seal. | Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021."  The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021. Hearsay as to the two decisions, which are the best evidence of what they state. Hearsay as to Ms. Trubina's | Grant _____ Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| | supposed request to the ICAC. The request is the best evidence of what it says. | |
| Paragraph 47:<br>On March 23, 2026, I received a response from ICAC. The response letter says that the ICAC has no knowledge of Knyazev and their seal is forged. I forwarded the letter to Michael Zorkin | Hearsay as to what the response letter states.  The response is the best evidence of what it states. Further, the March 23, 2026 response itself is hearsay and is lacks foundation and proper authentication. | Grant _____<br>Deny _____ |
| Paragraph 48:<br>I note that at the bottom of the Decision dated August 31, 2021 appears a seal from the Ministry of Justice of the Russian Federation. The words on the seal read: "Moscow, Ministry of Justice of the Russian Federation, Knyazev Dmitriy Valerievich, Sole Arbitrator, Arbitration Procedure, Judge." | Misstatement of evidence, lack of foundation, and lack of personal knowledge regarding the "Decision of August 31, 2021."  The Decision (Kynazev declaration, Ex. 1) refers to proceedings on August 31, 2021, but it is dated September 6, 2021.<br>Hearsay as to what the September 6, 2021 decision states.  It is the best evidence of what it states. | Grant _____<br>Deny _____ |
| Paragraph 49:<br>In my experience, the Ministry of Justice | Lack of foundation, lack of personal knowledge, and | Grant _____<br>Deny _____ |

-26-

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Trubina Declaration (docket no. 137-2) | Objections | Ruling |
|---|---|---|
| does not issue official seals to private arbitrators. This seal is highly unusual, and I have sent a request to the Ministry of Justice to explain whether it has issued such a seal to Knyazev. | improper opinion of a lay witness as to what seals are issued by the Ministry of Justice. Hearsay as to the supposed request to the Ministry of Justice, which itself is the best evidence of what it states. | |
| Paragraph 50:<br>On April 7, 2026, I received a response from the Ministry of Justice. I forwarded the letter to Michael Zorkin. | The April 7, 2026 response is hearsay and lacks foundation. | Grant _____<br>Deny _____ |

**OBJECTIONS TO DECLARATION OF NADEZHDA YURASOVA**

| Yurasova Declaration (docket no. 137-3) | Objections | Ruling |
|---|---|---|
| Entire Declaration. | Lack of authenticity. The declaration does not bear an apostille issued under the Hague Convention of October 5, 1961 nor any consular authentication, nor are any documents accompanied by certification of the declarant's identity by any foreign official. See footnote 1 above. | Grant _____ <br> Deny _____ |
| Paragraph 4: <br><br> In March 2026, I submitted a written request to ICAC regarding the alleged arbitration involving Davilla Investing Ltd., Golden Spirits Ltd., AFB Trading One, Inc., Golden Sphinx Ltd., and Agragorn Holdings Ltd., and the alleged arbitral award dated August 31, 2021. The request asked ICAC to confirm whether ICAC had records concerning the alleged arbitration, the alleged ICAC case number, Dmitry Valeryevich Knyazev, and the alleged ICAC/Chamber of Commerce approval, seal, and signature appearing on the | Hearsay as to what the written request states. That request is the best evidence of what it states. | Grant _____ <br> Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Yurasova Declaration (docket no. 137-3) | Objections | Ruling |
|---|---|---|
| alleged award. | | |
| Paragraph 5:<br>On or about March 23, 2026, I received a written response from ICAC. The response was signed by V.A. Frolochkin, Executive Secretary of ICAC, and bore an ICAC seal. The ICAC response was addressed to me. | Hearsay as to the supposed written response, which is the best evidence of what it shows. | Grant _____<br>Deny _____ |
| Paragraph 6:<br>After receiving the ICAC response, I caused the ICAC response to be prepared for use in the United States court proceeding. To do so, I caused the ICAC response to be certified, notarized, apostilled, and translated into English. | Hearsay as to the supposed written response, and English translation, which are the best evidence of those documents. The response itself also is hearsay and lacks foundation. | Grant _____<br>Deny _____ |
| Paragraph 7:<br>The apostilled packet attached as **Exhibit 1** contains the following materials:<br>a. the Russian-language ICAC response dated March 23, 2026;<br>b. ICAC's certification that the copy is a true copy;<br>c. a Russian notarial certification;<br>d. an apostille issued in the Russian | Lack of personal knowledge and lack of foundation.  The statements in the documents in the ICAC packet are hearsay. Further, documents are not court documents that are subject to judicial notice. | Grant _____<br>Deny _____ |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

| Yurasova Declaration (docket no. 137-3) | Objections | Ruling |
|---|---|---|
| Federation;<br><br>e. an English translation of the ICAC response; and<br><br>f. the translation/certification materials included with the packet. | | |
| Paragraph 8:<br><br>The notarial certification was performed by Russian notary N.V. Martynova. The notarial certification certifies the copy in accordance with Russian notarial practice. | Lack of personal knowledge and lack of foundation. | Grant _____<br><br>Deny _____ |
| Paragraph 9:<br><br>The apostille was issued on June 8, 2026, under apostille No. 50/2996-26. The apostille authenticates the notary's signature, capacity, and seal/stamp. | Hearsay.  The apostille is the best evidence of what it shows. | Grant _____<br><br>Deny _____ |
| Paragraph 10:<br><br>After the ICAC response was notarized, apostilled, and translated, I transmitted the packet to counsel for AFB Trading One, Inc. for use in this proceeding. | While this statement is not objectionable, it shows that this declaration was for purposes of the District Court action between Mr. Grant and AFB Trading One, Inc.  It does not state that the ICAC response was transmitted for use in the Chapter 7 case of Itkin & Sabadash. | No ruling requested. |

-30-

| Yurasova Declaration (docket no. 137-3) | Objections | Ruling |
|---|---|---|
| Paragraph 11:<br><br>The document attached as **Exhibit 1** is a true and correct copy of the apostilled ICAC packet that I caused to be prepared and transmitted. | The statements in the documents in the ICAC packet are hearsay. Further, documents are not court documents that are subject to judicial notice. | Grant _____<br><br>Deny _____ |
| Paragraph 12:<br><br>I did not create the ICAC response. I did not draft the ICAC response. I did not tell ICAC what to say in its response. The ICAC response was provided by ICAC in response to the request described above. | The statements in the documents in the ICAC packet are hearsay. Further, documents are not court documents that are subject to judicial notice. What was not said and done does not make the ICAC packet any more admissible. | Grant _____<br><br>Deny _____ |
| Paragraph 13:<br><br>I did not alter the ICAC response after receiving it. To my knowledge, the copy attached as **Exhibit 1** is the same ICAC response I received, together with the certification, notarial, apostille, and translation materials later added to prepare the document for use in this proceeding. | The statements in the documents in the ICAC packet are hearsay. Further, documents are not court documents that are subject to judicial notice.  The fact that the documents were not altered does not make them any more admissible. | Grant _____<br><br>Deny _____ |

DATED: June 23, 2026

HILL, FARRER & BURRILL LLP                    CACERES & SHAMASH, LLP


By: _/s/ Daniel J. McCarthy_____          By: _____
      Daniel J. McCarthy                                     Charles Shamash
Attorneys for Petitioning General Partner      Attorneys for Creditors and Joseph E. Caceres, in
GARRY Y. ITKIN, and Daniel J. McCarthy,    pro per
in pro per

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 515 South Flower Street, 7th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):**RESPONDING PARTIES' EVIDENTIARY OBJECTIONS TO DECLARATIONS OF MICHAEL ZORKIN, DARYA TRUBINA AND NADEZHDA YURASOVA FILED ON JUNE 16, 2026, IN SUPPORT OF PUTATIVE PARTNER ALEXANDER SABADASH'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR SANCTIONS UNDER FRBP 9011 AND THE COURT'S INHERENT POWER (DOCKET NO. 137)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date* June 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph E Caceres jec@locs.com,  generalbox@locs.com
Daniel J McCarthy  dmccarthy@hillfarrer.com,  spadilla@hillfarrer.com;dflowers@hfbllp.com
Kurt  Ramlo Adam RamloLegal@gmail.com,  kr@ecf.courtdrive.com,ramlo@recap.email
Charles  Shamash cs@locs.com,  generalbox@locs.com
Oleg Stolyar  astolyar@loeb.com
United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov
Michael  Zorkin  mz@thezorkinfirm.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2026 | Sonia Padilla | /s/ Sonia Padilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

-32-