

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

### <u>TRANSCRIPT ORDER FORM</u>

CHAPTER ___7___

APPEAL? ☐Yes ☐No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Daniel J. McCarthy          Attorney Bar# 101081

Law Firm: Hill, Farrer & Burrill LLP

Mailing Address: 515 S. Flower Street, 7th Floor

Los Angeles, CA 90071

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Sonia Padilla

Telephone: (213) 621-0717     E-mail: spadilla@hillfarrer.com

Bankruptcy Case #: 2:25-bk-11235-NB     Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 07/21/2026 Time: 2:00P.M.

Debtor: Itkin & Sabadash

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: N. Bason          ▼ Courtroom #: LA 1545

**TRANSCRIBER:** Ben Hyatt          ▼ **ALTERNATE:** Echo Reporting          ▼

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:**  The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)   ☐ 3 Days          ☒ Entire Hearing
☐ 14 Days          ☒ Next Day (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days              ☐ Testimony of Witness _____
                  ☐ Other*          (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:**  Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____Division:_____Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:**  email price quote & invoice to procurement@cacb.uscourts.gov.  Provide quote <u>prior</u> to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*