Print | Save As... | Reset

ORDER No. ________

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER_____

APPEAL? ☐Yes ☐No
APPEAL No. ______ (if known)

(File this form on the related case docket)

Ordering Party's Name: Daniel J. McCarthy Attorney Bar# 101081

Law Firm: Hill, Farrer & Burrill LLP

Mailing Address: 515 S. Flower Street, 7th Floor
Los Angeles, CA 90071

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****): Sonia Padilla

Telephone: (213 ) 621-0717 E-mail: spadilla@hillfarrer.com

Bankruptcy Case #: 2:25-bk-11235-NB Adversary Proceeding #/MP #: ________

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 08/18/2026 Time: 2:00P.M.

Debtor: Itkin & Sabadash

Adversary Proceeding Name: ____________________ vs. ____________________

Hearing Judge: N. Bason Courtroom #: LA 1545.

**TRANSCRIBER:** Ben Hyatt **ALTERNATE:** Echo Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)
☐ 14 Days
☒ 7 Days
☐ 3 Days
☐ Next Day (24 hours)

☒ Entire Hearing
☐ Ruling/Opinion of Judge only
☐ Testimony of Witness ____________________ (name of witness)
☐ Other*

*Special Instructions: ____________________

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment.***

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: ____________ Date Sent to Transcriber: __________ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): ______Time End (Index #): _____Time Start: ______Time End: ______

(Tape #:____)Time Start (Index #): ______Time End (Index #): _____Time Start: ______Time End: ______

Court Recorder: ____________________Division:____________Processed by: ____________________

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.