United States Bankruptcy Court
Central District of California

In re:
Itkin & Sabadash
Debtor

Case No. 25-11235-NB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2
Date Rcvd: Aug 24, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Itkin & Sabadash, 8501 Wilshire Blvd., Suite 330, Beverly Hills, CA 90211-3118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Shamash | on behalf of Creditor Jeff Ratner & Associates Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Atabek & Co cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Progressive Management Inc. cs@locs.com, generalbox@locs.com |
| Charles Shamash | on behalf of Interested Party Courtesy NEF cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Samsonova cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Maria Habarova cs@locs.com generalbox@locs.com |

| | |
|---|---|
| Charles Shamash | on behalf of Creditor Aleksandr Grant cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Alexey Kurochkin cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Evgeniy Avilov cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Ildar Shadaev cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Creditor Elena Gofman cs@locs.com generalbox@locs.com |
| Daniel J McCarthy | on behalf of Creditor Joseph E. Caceres dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Daniel J McCarthy | on behalf of Petitioning Creditor Gary Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Daniel J McCarthy | on behalf of Partner Daniel J. McCarthy dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Joseph E Caceres | on behalf of Creditor Ildar Shadaev jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Elena Gofman jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Alexey Kurochkin jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Maria Samsonova jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Evgeniy Avilov jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Jeff Ratner & Associates Inc. jec@locs.com, generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Progressive Management Inc. jec@locs.com, generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Atabek & Co jec@locs.com generalbox@locs.com |
| Joseph E Caceres | on behalf of Creditor Maria Habarova jec@locs.com generalbox@locs.com |
| Kurt Ramlo | on behalf of Interested Party Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com;ramlo@recap.email |
| Kurt Ramlo | on behalf of Interested Party Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com;ramlo@recap.email |
| Michael Zorkin | on behalf of Partner Alexander Sabadash mz@thezorkinfirm.com |
| Oleg Stolyar | on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 28

MICHAEL ZORKIN (Bar No. CA 313308)
Email: mz@thezorkinfirm.com
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone: 323.493.8075

Attorneys for Putative Partner of Alleged Debtor
Alexander Sabadash

FILED & ENTERED

AUG 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

Itkin & Sabadash,

Debtor,

No. 2:25-bk-11235-NB

Hon. Neil W. Bason

**ORDER DENYING MOTION FOR RECONSIDERATION (DKT. 89)**

Hearing Date: July 21, 2026

Hearing Time: 2:00 p.m.

Place: Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street,
Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

//

//

//

On July 21, 2026, the Bankruptcy Court held a hearing on Garry Y. Itkin's Motion for Reconsideration of Order Dismissing Involuntary Case [Docket No. 76] And Memorandum of Decision [Docket No. 75] in the above captioned case. Having reviewed the parties' briefing and evidence and having heard arguments of counsel, for reasons stated on the record at the above-captioned hearing (incorporated herein as permitted by Rule 52(a)(1) (Fed. R. Civ. P.), made applicable by Rules 7052 and 9014(c) (Fed. R. Bankr. P.)), the Court orders as follows:

> Garry Y. Itkin's Motion for Reconsideration of Order Dismissing Involuntary Case [Docket No. 76] And Memorandum of Decision [Docket No. 75] (Dkt. 89) is denied in its entirety.

###

Date: August 24, 2026

Neil W. Bason
United States Bankruptcy Judge



THE ZORKIN FIRM TRIAL LAWYERS