JON A. ATABEK, ESQ. (SBN 269497)
jatabek@atabekandco.com
ATABEK & CO.
250 Newport Center Drive, Suite 306
Newport Beach, California 92660
Telephone: (949) 229-0953
Facsimile: (213) 402-3413
Attorneys for Appellant Garry Y. Itkin

FILED
SEP 08 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re ITKIN & SABADASH,<br>Involuntary Debtor. | Case No. 2:25-bk-11235-NB<br>Chapter 7<br>Hon. Neil W. Bason<br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jon A. Atabek of ATABEK & CO. hereby enters his appearance as counsel for Appellant and Petitioning General Partner Garry Y. Itkin in the above-captioned bankruptcy case and in connection with the appeal from Docket Nos. 156, 76, and 75.

All notices, pleadings, orders, and other papers should be served at the address, telephone number, facsimile number, and email address stated above.

This appearance adds Mr. Atabek as counsel of record for Garry Y. Itkin. It does not withdraw or substitute any other attorney without a separate filing or order where required.

Dated: September 4, 2026

**ATABEK & CO.**

By: Jon Atabek
Jon A. Atabek
Attorneys for Appellant Garry Y. Itkin