**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Itkin & Sabadash<br><br>Debtor(s) | CASE NO.: 2:25-bk-11235-NB<br>ADVERSARY NO.:<br>NOTICE OF APPEAL FILED: 09/08/2026<br>NOTICE OF CROSS APPEAL FILED :<br>BANKRUPTCY CASE FILED : 02/19/2025<br>APPEAL DOCKET ENTRY NO.: 163 |
| Plaintiff(s)<br>vs.<br><br>Defendant(s) | **NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

- ☐ Bankruptcy Appellate Panel of the Ninth Circuit
- ☒ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

- ☐ Motion for Leave to Appeal
- ☐ Answer in opposition to Motion for Leave to Appeal
- ☒ Notice of Appeal and Statement of Election
- ☐ Notice of Cross-Appeal
- ☐ Appellant's Statement of Election to Transfer Appeal to the District Court
- ☐ Other (*specify*):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 09/09/2026 By: /s/ Sonny Milano
Deputy Clerk

# NOTICE OF APPEAL SERVICE LIST

**1. SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

Office of the United States Trustee

☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

Other parties served by NEF:

Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
Michael Zorkin mz@thezorkinfirm.com

**2. SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

Jon A Atabek
Atabek & Co
250 Newport Center Drive
Ste 306
Newport Beach, CA 92660

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **Select Chapter**<br>ADVERSARY NO.:<br>(if applicable)<br>DATE NOTICE OF APPEAL FILED:<br>DATE NOTICE OF CROSS APPEAL FILED:<br>APPEAL DOCKET ENTRY NO.: |
|---|---|
| Plaintiff(s),<br>vs.<br><br>Defendant(s). | **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** |

Notice is given to the court and other parties in interest that the following action was taken:

☐ I do not intend to designate any portion of the transcript(s).

☐ I requested a copy of the transcript(s).

1. Hearing date (*specify*) ___________ and time (*specify*) ___________ of transcript requested.
   Date (*specify*) ___________ transcript was requested.

2. Hearing date (*specify*) ___________ and time (*specify*) ___________ of transcript requested.
   Date (*specify*) ___________ transcript was requested.

3. Hearing date (*specify*) ___________ and time (*specify*) ___________ of transcript requested.
   Date (*specify*) ___________ transcript was requested.

4. Hearing date (*specify*) ___________ and time (*specify*) ___________ of transcript requested.
   Date (*specify*) ___________ transcript was requested.

5. Hearing date (*specify*) ___________ and time (*specify*) ___________ of transcript requested.
   Date (*specify*) ___________ transcript was requested.

☐ I intend to designate the following transcript(s) previously docketed:

1. Hearing date (*specify*) ___________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ___________

2. Hearing date (*specify*) ___________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ___________

3. Hearing date (*specify*) ___________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ___________

4. Hearing date (*specify*) ___________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ___________

5. Hearing date (*specify*) ___________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ___________

Date: 09/09/2026

______________________________
Printed name of law firm

______________________________
Signature

______________________________
Printed name

______________________________
Attorney for (*specify*)

Instructions

This Notice cannot be used to order a transcript. To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| *Date* | *Printed Name* | *Signature* |
|---|---|---|

# TRANSCRIPT ORDERING INSTRUCTIONS

## TRANSCRIPT REQUESTS

A separate form must be completed for each hearing date requested. Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.

Five (5) types of transcript requests:

- **30 Days:** A transcript to be delivered within thirty (30) calendar days after receipt of deposit.
- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of deposit.
- **7 Days:** A transcript to be delivered within seven (7) calendar days after receipt of deposit.
- **3 Days:** A transcript to be delivered within three (3) calendar days after receipt of deposit.
- **Next Day:** A transcript to be delivered within 24 hours after receipt of deposit.

## 341(a) MEETING OF CREDITORS:

The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

## FILE THE TRANSCRIPT ORDER FORM

Parties with an ECF account must file the Transcript Order Form in CM/ECF on the related case docket. Use docket event "*Transcript Order Form (Public Request)*." As with all ECF filings, the completed PDF *Transcript Order Form* must be "flattened" before electronically filing through ECF (click here to view the procedure). Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

***NOTE: The Court does not accept transcript requests via fax, email or telephone.**

## TRANSCRIPT PROCESSING

The Court does not transcribe court proceedings. **The official record of court proceedings is transcribed by a court-approved transcriber from materials provided to that transcriber by the court.** When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the Transcript Order Form. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider directly if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court. For more information, go to www.cacb.uscourts.gov/track-transcript-status.

## TRANSCRIPT COSTS/FORMS OF PAYMENT

The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts).

## COPIES OF TRANSCRIPTS

Once the *Transcript Order Form* requesting a transcript of a hearing is entered on the related case docket, a Transcription Service Provider is designated and materials for transcription are sent by the Court to the designated Transcription Service Provider. If more than one party files a *Transcript Order Form* for the same hearing, the first *Transcript Order Form* on the docket takes precedence. All other parties that wish to obtain a transcript of the same hearing are to contact the Transcription Service Provider designated on the case docket.

Completed transcripts are filed by the transcriber on the related case docket and restricted for 90 days from the filed date as set forth in the *Guide to Judiciary Policy* Vol. 6, §510.25.10. During the 90-day restriction period, the transcript may be viewed at the Clerk's Office on a public computer terminal or a copy purchased from the designated Transcription Service Provider that created the original transcript. For more information see *Transcript Ordering Instructions,* section 1.15 of the Court Manual at www.cacb.uscourts.gov/court-manual.

**COURT LOCATIONS**

Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

| *DIVISION | ADDRESS |
|---|---|
| **Los Angeles (LA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street Suite 940<br>Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Northern (ND)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Riverside (RS)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **San Fernando Valley (SV)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Santa Ana (SA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |

***NOTE: The Court does not accept transcript requests via fax, email or telephone.**

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## APPROVED TRANSCRIPTION SERVICE PROVIDERS

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**
17835 Ventura Blvd., Suite 310
Encino, CA 91316
Ph: (888) 272-0022, ext. 201 or ext. 206
Fax: (818) 343-7116
Email: mhyatt@benhyatt.com
www.BenHyatt.com

**eSCRIBERS, LLC**
7227 N 16th Street, Suite 207
Phoenix, AZ 85020
Ph:(213) 943-3843
Fax: (973) 954-5619
Email: sales@escribers.net
www.eScribers.net

**BRIGGS REPORTING CO., INC.**
9711 Cactus Street
Suite B
Lakeside, CA 92040
Ph: (310) 410-4151
Fax: (858) 453-9625
Email: BriggsReporting@yahoo.com

**EXCEPTIONAL REPORTING SERVICES, INC.**
14633 S. Padre Island Drive, Suite 103
Corpus Christi, TX 78418
Ph:(361) 949-2988, ext. 0
Fax: (361) 949-7799
Email: transcripts@exceptionalreporting.com
www.ExceptionalReporting.com

**ECHO REPORTING, INC.**
9711 Cactus Street
Suite B
Lakeside, CA 92040
Ph:(858) 453-7590
Fax: (858) 453-9625
Email: echoreporting@yahoo.com

**J & J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, NJ 08619
Ph: (609) 586-2311
Fax: (609) 587-3599
Email: JJcourt@JJcourt.com
www.JJcourt.com

ORDER No. ________

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER_____

APPEAL? ☐Yes ☐No
APPEAL No. _______ (if known)

(File this form on the related case docket)

Ordering Party's Name:__________________________________ Attorney Bar# ___________________

Law Firm: ______________________________________________________________

Mailing Address: ________________________________________________________

______________________________________________________________________

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****):_____________________

Telephone: (______)______________ E-mail: ______________________________________

Bankruptcy Case #: _________________________ Adversary Proceeding #/MP #: ________________

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): _____________Time: ___________

Debtor: ________________________________________________________________

Adversary Proceeding Name: ___________________________ vs. ______________________________

Hearing Judge: SELECT_______________________________Courtroom #: SELECT .

**TRANSCRIBER:** SELECT_____________________________**ALTERNATE:** SELECT___________________

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

---

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)
☐ 14 Days
☐ 7 Days

☐ 3 Days
☐ Next Day (24 hours)

☐ Entire Hearing
☐ Ruling/Opinion of Judge only
☐ Testimony of Witness ________________________ (name of witness)
☐ Other*

*Special Instructions: ________________________________________________

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment***.

---

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: ______________Date Sent to Transcriber: __________ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _______Time End (Index #): _____Time Start: _______Time End: ______

(Tape #:____)Time Start (Index #): _______Time End (Index #): _____Time Start: _______Time End: ______

Court Recorder: ______________________Division:____________Processed by: ________________________

---

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.