Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Daniel J, McCarthy (SBN 101081)
Hill, Farrer & Burrill, LLP
515 S. Flower Street, 7th Floor
Los Angeles, CA 90071
Tel.: (213) 621-0802
Fax: (213) 624-4840
email: dmccarthy@hillfarrer.com

☒ *Individual appearing without attorney*
☐ *Attorney for:*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

ITKIN & SABADASH,

Debtor(s).

CASE NO.: 2:25-bk-11235-NB
CHAPTER: 7
ADVERSARY NO.: N/A
(if applicable)
DATE NOTICE OF APPEAL FILED: 09/08/2026
DATE NOTICE OF CROSS APPEAL FILED: 09/22/2026
APPEAL DOCKET ENTRY NO.: 165

Plaintiff(s),

vs.

Defendant(s).

## NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL

Notice is given to the court and other parties in interest that the following action was taken:

☐ I do not intend to designate any portion of the transcript(s).

☐ I requested a copy of the transcript(s).

1. Hearing date (*specify*) ___________ and time (*specify*) ___________ of transcript requested.
   Date (*specify*) ___________ transcript was requested.

2. Hearing date (*specify*) ___________ and time (*specify*) ___________ of transcript requested.
   Date (*specify*) ___________ transcript was requested.

3. Hearing date (*specify*) ____________ and time (*specify*) ____________ of transcript requested.
   Date (*specify*) ____________ transcript was requested.

4. Hearing date (*specify*) ____________ and time (*specify*) ____________ of transcript requested.
   Date (*specify*) ____________ transcript was requested.

5. Hearing date (*specify*) ____________ and time (*specify*) ____________ of transcript requested.
   Date (*specify*) ____________ transcript was requested.

☒ I intend to designate the following transcript(s) previously docketed:

1. Hearing date (*specify*) 04/22/2025 of designated transcript.
   Docket entry number of designated transcript (*specify*) 85

2. Hearing date (*specify*) 06/03/2025 of designated transcript.
   Docket entry number of designated transcript (*specify*) 87

3. Hearing date (*specify*) 07/21/2026 of designated transcript.
   Docket entry number of designated transcript (*specify*) 152

4. Hearing date (*specify*) 08/18/2026 of designated transcript.
   Docket entry number of designated transcript (*specify*) 160

5. Hearing date (*specify*) ____________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ____________

Date: 09/23/2026

____________________
Printed name of law firm

/s/ Daniel J. McCarthy
Signature

Daniel J. McCarthy
Printed name

in pro per
Attorney for (*specify*)

Instructions

This Notice cannot be used to order a transcript. To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
515 S. Flower Street, 7th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/23/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
Kurt Ramlo Adam RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/23/2026 | Sonia Padilla | /s/ Sonia Padilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.