| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JON A. ATABEK, ESQ. (SBN 269497)**<br>**jatabek@atabekandco.com**<br>**ATABEK & CO.**<br>**250 Newport Center Drive, Suite 306**<br>**Newport Beach, California 92660**<br>**Telephone: (949) 229-0953**<br>**Facsimile: (213) 402-3413**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* **Appellant Garry Y. Itkin** | FILED<br>SEP 23 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**ITKIN & SABADASH,**<br>**Involuntary Debtor.**<br><br>Debtor(s). | CASE NO.: **2:25-bk-11235-NB**<br>CHAPTER: **7**<br>ADVERSARY NO.: **N/A**<br>(if applicable)<br>DATE NOTICE OF APPEAL FILED: **09/08/2026**<br>DATE NOTICE OF CROSS APPEAL FILED: **N/A** |
| Not applicable - no adversary proceeding.<br><br>Plaintiff(s),<br>vs.<br><br>Defendant(s). | APPEAL DOCKET ENTRY NO.: **163**<br><br>**NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** |

Notice is given to the court and other parties in interest that the following action was taken:

☐ I do not intend to designate any portion of the transcript(s).

☐ I requested a copy of the transcript(s).

1. Hearing date (specify) __________ and time (specify) __________ of transcript requested.
   Date (specify) ____________ transcript was requested.

2. Hearing date (specify) __________ and time (specify) __________ of transcript requested.
   Date (specify) ____________ transcript was requested.

No new transcript is being ordered. See the previously docketed transcripts on page 2.

3. Hearing date (specify) ____________ and time (specify) ____________ of transcript requested.
   Date (specify) ________________ transcript was requested.

4. Hearing date (specify) ____________ and time (specify) ____________ of transcript requested.
   Date (specify) ________________ transcript was requested.

5. Hearing date (specify) ____________ and time (specify) ____________ of transcript requested.
   Date (specify) ________________ transcript was requested.

☒ I intend to designate the following transcript(s) previously docketed:

1. Hearing date (specify) **04/22/2025** of designated transcript.
   Docket entry number of designated transcript (specify) **85**

2. Hearing date (specify) **04/22/2025** of designated transcript.
   Docket entry number of designated transcript (specify) **86**

3. Hearing date (specify) **06/03/2025** of designated transcript.
   Docket entry number of designated transcript (specify) **87**

4. Hearing date (specify) **07/21/2026** of designated transcript.
   Docket entry number of designated transcript (specify) **152**

5. Hearing date (specify) **08/18/2026** of designated transcript.
   Docket entry number of designated transcript (specify) **160**

Dkt. 85 is the original April 22 transcript; Dkt. 86 is the corrected April 22 transcript.
All five entries are already filed. Appellant is not ordering an additional transcript.

Date: **09/23/2026**

**ATABEK & CO.**
Printed name of law firm

Jon Atabek
Signature

**Jon A. Atabek**
**Printed name**

**Appellant Garry Y. Itkin**
**Attorney for (specify)**

**Instructions**

This Notice cannot be used to order a transcript. To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

250 Newport Center Drive, Suite 306, Newport Beach, California 92660

A true and correct copy of the foregoing document entitled: NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

No judge's copy is required under Judge Bason's Procedures, section IV.B.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) N/A, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

NEF service is not relied upon in this proof. All recipients are listed for U.S. mail service.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On (date) 09/23/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See the attached U.S. mail service list (page 4), incorporated into this proof of service.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Not applicable. No service by personal delivery, overnight mail, facsimile, or email is claimed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 09/23/2026 | **Berna Besir** | [signature] |

## CONTINUATION OF PROOF OF SERVICE

In re Itkin & Sabadash I Case No. 2:25-bk-11235-NB

**2. SERVED BY UNITED STATES MAIL - SEPTEMBER 23, 2026**

Notice of Transcript(s) Designated for an Appeal (F 8004-1.1)

**1. Itkin & Sabadash**
8501 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90211

**2. Michael Zorkin, The Zorkin Firm**
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367

**3. Joseph E. Caceres and Charles Shamash**
Caceres & Shamash, LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, CA 90212

**4. Daniel J. McCarthy**
Hill, Farrer & Burrill LLP
515 South Flower Street, 7th Floor
Los Angeles, CA 90071

**5. Kurt Ramlo, Ramlo Law**
15021 Ventura Boulevard, No. 544
Sherman Oaks, CA 91403

**6. Oleg (Alex) Stolyar, Loeb & Loeb LLP**
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

**7. United States Trustee, Region 16**
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

This service list is incorporated into the declaration on page 3 signed by Berna Besir.