HILL, FARRER & BURRILL LLP
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
515 S. Flower Street, 7th Fl.
Los Angeles, CA 90071
Telephone: (213) 621-0802
Fax: (213) 624-4840

Daniel J. McCarthy, in pro per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re

ITKIN & SABADASH,

Involuntary Debtor.

Case No. 2:25-bk-11235-NB

Chapter 7

**APPELLANT'S DESIGNATION OF RECORD ON APPEAL**

[No hearing required]

Appeal filed September 22, 2026
[Docket no. 165]

Appellant Daniel J. McCarthy ("Appellant") designates the following items under Federal Rule of Bankruptcy Procedure 8009(a) for his appeal to the United States District Court for the Central District of California.

The notice of the appeal was filed on September 22, 2026, pursuant to Federal Rule of Bankruptcy Procedure 8002(a)(3) (Dkt. 165), and it was referred to the District Court on September 23, 2026 (Dkt. 167). The appealed rulings are Docket Nos. 75, 76, and 156. This designation does not replace or amend that notice of appeal.

/ /

/ /

**I. Scope of designation**

Each separately numbered entry designates the identified filed document in its entirety, Each transcript is designated in full. Each separately docketed item is identified separately below.

This designation identifies the existing lower-court record. It does not offer new evidence, concede the truth of any assertion, or waive objections to admissibility, authenticity, or weight. Record inclusion does not expand the orders appealed or cure a failure to preserve an issue. Subsequent filings are designated for procedural history, not as new merits evidence.

Only filed mediation-related motions, orders, certificates, and status reports are identified; unfiled confidential mediation communications are not designated.

Unless expressly identified as a Golden Sphinx Limited record, docket numbers refer to Case No. 2:25-bk-11235-NB. Filing dates and docket descriptions are taken from the October 2, 2026 docket report. Descriptions identify the entries and do not purport to correct the wording of the original filings.

**II. Individually designated bankruptcy docket entries**

**1. Dkt. 1 | February 19, 2025.** Chapter 7 Involuntary Petition Against a Non-Individual, filed by Gary Y. Itkin; including the attached Summons and Notice of Status Conference in an Involuntary Bankruptcy Case.

**2. Dkt. 2 | February 20, 2025.** Statement of Related Cases (LBR Form 1015-2.1); docketed with the additional description "Summary of Amended Schedules, Master Mailing List, and/or Statements [LBR 1007-1(c)]."

**3. Dkt. 3 | February 26, 2025.** Involuntary Summons Issued on Itkin & Sabadash.

**4. Dkt. 4 | February 27, 2025.** Summons Service Executed on Aleksandr Vitalievich Sabadash, Itkin & Sabadash, and United States Trustee (LA), on February 27, 2025.

**5. Dkt. 5 | March 4, 2025.** Notice of Appearance and Request for Notice by Oleg Stolyar, for interested party Alexander Ivanovich Gavva.

**6. Dkt. 6 | March 12, 2025.** Hearing Set: status hearing on the involuntary petition (Dkt. 1), April 22, 2025, at 11:00 a.m. (text-only entry).

**7. Dkt. 7 | March 19, 2025.** Request for Courtesy Notice of Electronic Filing (NEF), filed by Charles Shamash.

**8. Dkt. 8 | March 20, 2025.** Motion to Dismiss Involuntary Petition, filed by Alexander Sabadash; including the Declaration of Michael Zorkin (8-1), Declaration of Andrew Wood (8-2), and Request for Judicial Notice (8-3).

**9. Dkt. 9 | March 21, 2025.** Hearing Set: motion to dismiss (Dkt. 8), April 22, 2025, at 11:00 a.m. (text-only entry).

**10. Dkt. 10 | March 28, 2025.** Motion Joinder, filed by creditor Maria Habarova; the event was corrected to Notice of Joinder by Dkt. 15.

**11. Dkt. 11 | March 28, 2025.** Motion Joinder, filed by creditor Elena Gofman; the event was corrected to Notice of Joinder by Dkt. 15.

**12. Dkt. 12 | March 28, 2025.** Motion Joinder, filed by creditor Evgeniy Avilov; the event was corrected to Notice of Joinder by Dkt. 15.

**13. Dkt. 13 | March 28, 2025.** Motion Joinder, filed by creditor Maria Samsonova; the event was corrected to Notice of Joinder by Dkt. 15.

**14. Dkt. 14 | March 28, 2025.** Motion Joinder, filed by creditor Ildar Shadaev; the event was corrected to Notice of Joinder by Dkt. 15.

**15. Dkt. 15 | March 31, 2025.** Notice to Filer of Correction Made/No Action Required: the event for the creditor joinders at Dkts. 10, 11, 12, 13, and 14 should have been Notice of Joinder rather than Motion (text-only entry).

**16. Dkt. 16 | April 8, 2025.** Opposition to Putative Partner Alexander Sabadash's Motion to Dismiss Involuntary Petition Under FRCP 12(b)(1) and 12(b)(6) or, in the Alternative, Motion for Summary Judgment; Memorandum of Points and Authorities and Declaration of Garry Y. Itkin; including attached Exhibits A–H (16-1).

**17. Dkt. 17 | April 8, 2025.** Petitioning General Partner's Request for Judicial Notice in Opposition to Putative Partner Alexander Sabadash's Motion to Dismiss Involuntary Petition Under FRCP 12(b)(1) and 12(b)(6) or, in the Alternative, Motion for Summary Judgment (Dkt. 8).

**18. Dkt. 18 | April 8, 2025.** Objection to Declaration of Michel Zorkin (Dkt. 8-1) Filed in Support of Putative Partner Alexander Sabadash's Motion to Dismiss Involuntary Petition. "Michel" is the spelling in the docket description.

**19. Dkt. 19 | April 8, 2025.** Objection to Alexander Sabadash's Request for Judicial Notice (Dkt. 8-3) Filed in Support of Putative Partner Alexander Sabadash's Motion to Dismiss Involuntary Petition.

**20. Dkt. 20 | April 8, 2025.** Petitioning General Partner's Status Report concerning the motion to dismiss (Dkt. 8).

**21. Dkt. 21 | April 15, 2025.** Alexander Sabadash's Reply concerning the motion to dismiss (Dkt. 8); including the Supplemental Declaration of Michael Zorkin (21-1).

**22. Dkt. 22 | April 15, 2025.** Alexander Sabadash's Objection to Garry Y. Itkin's Opposition (Dkt. 16).

**23. Dkt. 23 | April 16, 2025.** Omnibus Objection to Claims Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10, filed by Alexander Sabadash; the docket states an aggregate challenged amount of $2,214,165.27.

**24. Dkt. 24 | April 17, 2025.** Notice to Filer of Correction Made/No Action Required: missing hearing information for the omnibus claim objection (Dkt. 23) (text-only entry).

**25. Dkt. 25 | April 30, 2025.** Objection to Claim No. 1, filed by Alexander Sabadash; including the attached Declaration and Notice.

**26. Dkt. 26 | April 30, 2025.** Objection to Claims Nos. 2 and 3, filed by Alexander Sabadash; including the attached Declaration and Notice, and attached Claim.

**27. Dkt. 27 | April 30, 2025.** Objection to Claim No. 4, filed by Alexander Sabadash; including the attached Declaration and Notice, and attached Claim.

**28. Dkt. 28 | April 30, 2025.** Objection to Claim No. 5, filed by Alexander Sabadash; including the attached Declaration and Notice, and attached Claim.

**29. Dkt. 29 | April 30, 2025.** Objection to Claim No. 6, filed by Alexander Sabadash; including the attached Declaration and Notice, and attached Claim.

**30. Dkt. 30 | April 30, 2025.** Objection to Claim No. 7, filed by Alexander Sabadash; including the attached Declaration and Notice, and attached Claim.

**31. Dkt. 31 | April 30, 2025.** Objection to Claim No. 8, filed by Alexander Sabadash; including the attached Declaration and Notice, and attached Claim.

**32. Dkt. 32 | April 30, 2025.** Objection to Claim No. 9, filed by Alexander Sabadash; including the attached Declaration and Notice, and attached Claim.

**33. Dkt. 33 | April 30, 2025.** Objection to Claim No. 10, filed by Alexander Sabadash; including the attached Declaration and Notice, and attached Claim.

**34. Dkt. 34 | May 1, 2025.** Notice to Filer of Correction Made/No Action Required: hearing information missing from the front pages of the individual claim objections (text-only entry).

**35. Dkt. 35 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 25 identified in the docket (text-only entry).

**36. Dkt. 36 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 26 identified in the docket (text-only entry).

**37. Dkt. 37 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 27 identified in the docket (text-only entry).

**38. Dkt. 38 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 28 identified in the docket (text-only entry).

**39. Dkt. 39 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 29 identified in the docket (text-only entry).

**40. Dkt. 40 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 30 identified in the docket (text-only entry).

**41. Dkt. 41 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 31 identified in the docket (text-only entry).

**42. Dkt. 42 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 31 identified in the docket (text-only entry).

**43. Dkt. 43 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 32 identified in the docket (text-only entry).

**44. Dkt. 44 | May 1, 2025.** Hearing Set: June 3, 2025, at 2:00 p.m., with related Dkt. 33 identified in the docket (text-only entry).

**45. Dkt. 45 | May 1, 2025.** Petitioning General Partner's Request for Leave to File Supplemental Brief on Limited Issue of Ruling of Russian Ninth Arbitration Court of Appeal; Request for Judicial Notice. Includes the filed supplemental material; the docket records a later event-code correction.

**46. Dkt. 46 | May 1, 2025.** Notice of Lodgment re Order Granting Petitioning General Partner's Request for Leave to File Supplemental Brief on Limited Issue of Ruling of Russian Ninth Arbitration Court of Appeal; Request for Judicial Notice (re Dkt. 45).

**47. Dkt. 47 | May 1, 2025.** Hearing Set: request for leave to file supplemental brief (Dkt. 45), June 3, 2025, at 2:00 p.m. (text-only entry).

**48. Dkt. 48 | May 2, 2025.** Notice of Motion/Application: Petitioning General Partner's Request for Leave to File Supplemental Brief on Limited Issue of Ruling of Russian Ninth Arbitration Court of Appeal; Request for Judicial [as docketed] (re Dkt. 45).

**49. Dkt. 49 | May 18, 2025.** Notice filed by Progressive Management, Inc., concerning the involuntary petition (Dkt. 1).

**50. Dkt. 50 | May 18, 2025.** Notice of Joinder filed by Jeff Ratner & Associates, Inc., concerning the involuntary petition (Dkt. 1).

**51. Dkt. 51 | May 19, 2025.** Notice of Joinder filed by Alexey Kurochkin, concerning the involuntary petition (Dkt. 1).

**52. Dkt. 52 | May 20, 2025.** Opposition of Progressive Management, Inc. to Objection to Claim No. 1 Filed by Putative Partner Alexander Sabadash; Declarations of Elena Gofman, Victoria Lerman, and Garry Y. Itkin; with proof of service.

**53. Dkt. 53 | May 20, 2025.** Opposition of Jeff Ratner & Associates, Inc. to Objection to Claim Nos. 2 and 3 Filed by Putative Partner Alexander Sabadash; Declarations of Elena Gofman, Jeff Ratner, and Garry Y. Itkin; with proof of service.

**54. Dkt. 54 | May 20, 2025.** Opposition of Alexei Kurochkin to Objection to Claim No. 4 Filed by Putative Partner Alexander Sabadash; Declarations of Elena Gofman, Alexei Kurochkin, and Garry Y. Itkin; with proof of service.

**55. Dkt. 55 | May 20, 2025.** Opposition of Evgeniv Avilov to Objection to Claim No. 5 Filed by Putative Partner Alexander Sabadash; Declarations of Elena Gofman, Evgeniv Avilov, and Garry Y. Itkin; with proof of service.

**56. Dkt. 56 | May 20, 2025.** Opposition of Elena Gofman to Objection to Claim No. 6 Filed by Putative Partner Alexander Sabadash; Declaration of Elena Gofman filed separately; with proof of service.

**57. Dkt. 57 | May 20, 2025.** Opposition of Maria Habarova to Objection to Claim No. 7 Filed by Putative Partner Alexander Sabadash; Declarations of Elena Gofman, Maria Habarova, and Garry Y. Itkin; with proof of service.

**58. Dkt. 58 | May 20, 2025.** Opposition of Ildar Shadaev to Objection to Claim No. 8 Filed by Putative Partner Alexander Sabadash; Declarations of Elena Gofman, Ildar Shadaev, and Garry Y. Itkin; with proof of service.

**59. Dkt. 59 | May 20, 2025.** Opposition of Maria Samsonova to Objection to Claim No. 9 Filed by Putative Partner Alexander Sabadash; Declarations of Elena Gofman, Maria Samsonova, and Garry Y. Itkin; with proof of service.

**60. Dkt. 60 | May 20, 2025.** Notice of Joinder filed by Atabek & Co., concerning the involuntary petition (Dkt. 1).

**61. Dkt. 61 | May 20, 2025.** Opposition of Atabek & Co. to Objection to Claim No. 10 Filed by Putative Partner Alexander Sabadash; Declarations of Elena Gofman, Jon Atabek, and Garry Y. Itkin; with proof of service.

**62. Dkt. 62 | May 20, 2025.** Declaration of Elena Gofman in Support of All Oppositions to Objections to Claims Filed by Putative Partner Alexander Sabadash; with proof of service (re Dkts. 52, 53, 54, 55, 56, 57, 58, 59, and 61).

**63. Dkt. 63 | May 27, 2025.** Alexander Sabadash's Reply to the oppositions to his claim objections and the Declaration of Elena Gofman (re Dkts. 52, 53, 54, 55, 56, 57, 58, 59, 61, and 62).

**64. Dkt. 64 | June 2, 2025.** Notice of Joinder filed by Aleksandr Grant, concerning the involuntary petition (Dkt. 1).

**65. Dkt. 65 | June 3, 2025.** Application of Non-Resident Attorney Kyle J. Ortiz to Appear Pro Hac Vice, filed by interested parties Alexander Adam and Andrew Wood.

**66. Dkt. 66 | June 3, 2025.** Notice of Motion for Order Without a Hearing (LBR 9013-1(p) or (q)) by Kyle J. Ortiz (re Dkt. 65).

**67. Dkt. 67 | June 3, 2025.** Notice of Lodgment of Order in Bankruptcy Case concerning the pro hac vice application at Dkt. 65.

**68. Dkt. 68 | June 3, 2025.** Application of Non-Resident Attorney Ronald D. Howard to Appear Pro Hac Vice, filed by interested parties Alexander Adam and Andrew Wood.

**69. Dkt. 69 | June 3, 2025.** Notice of Motion for Order Without a Hearing (LBR 9013-1(p) or (q)) by Ronald D. Brown, as the docket describes the notice (re Dkt. 68).

**70. Dkt. 70 | June 3, 2025.** Notice of Lodgment of Order in Bankruptcy Case concerning the pro hac vice application at Dkt. 68.

**71. Dkt. 71 | June 4, 2025.** Order Granting Motion to Appear Pro Hac Vice (re Dkt. 68).

**72. Dkt. 72 | June 4, 2025.** Order Granting Motion to Appear Pro Hac Vice (re Dkt. 65).

**73. Dkt. 73 | June 6, 2025.** BNC Certificate of Notice concerning the order at Dkt. 71.

**74. Dkt. 74 | June 6, 2025.** BNC Certificate of Notice concerning the order at Dkt. 72.

**75. Dkt. 75 | June 16, 2025.** Memorandum of Decision Dismissing Involuntary Petition. The entire decision, including all alternative grounds and evidentiary and preclusion determinations.

**76. Dkt. 76 | June 17, 2025.** Order Dismissing Involuntary Petition — Debtor Dismissed.

**77. Dkt. 77 | June 17, 2025.** Notice of Dismissal (BNC).

**78. Dkt. 78 | June 18, 2025.** BNC Certificate of Notice concerning the Memorandum of Decision at Dkt. 75.

**79. Dkt. 79 | June 19, 2025.** BNC Certificate of Notice concerning the Notice of Dismissal at Dkt. 77.

**80. Dkt. 80 | June 19, 2025.** BNC Certificate of Notice concerning the dismissal order at Dkt. 76.

**81. Dkt. 81 | June 20, 2025.** Transcript Order Form regarding the April 22, 2025 hearing, filed by Gary Y. Itkin through Daniel J. McCarthy.

**82. Dkt. 82 | June 20, 2025.** Transcript Order Form regarding the June 3, 2025 hearing, filed by Gary Y. Itkin through Daniel J. McCarthy.

**83. Dkt. 83 | June 20, 2025.** Transcript Record Transmittal for the April 22, 2025 hearing, Order No. 25-NB-20 (re Dkt. 81) (text-only entry).

**84. Dkt. 84 | June 20, 2025.** Transcript Record Transmittal for the June 3, 2025 hearing, Order No. 25-NB-21 (re Dkt. 82) (text-only entry).

**85. Dkt. 88 | June 27, 2025.** Notice of Change of Address, filed by Gary Y. Itkin through Daniel J. McCarthy.

**86. Dkt. 89 | July 1, 2025.** Notice of Motion and Motion for Reconsideration of Order Dismissing Involuntary Case (Dkt. 76) and Memorandum of Decision (Dkt. 75); Memorandum of Points and Authorities; Declarations of Garry Y. Itkin, Elena Gofman, Daniel J. McCarthy, and Ron Childress; including attached Exhibits A–K (89-1).

**87. Dkt. 90 | July 1, 2025.** Motion for Fees and Damages Under 11 U.S.C. § 303(i), filed by Alexander Sabadash; including declarations of Michael Zorkin (90-1), Alexander Sabadash (90-2), and Andy Wood (90-3).

**88. Dkt. 91 | July 1, 2025.** Motion for Sanctions/Disgorgement Under FRBP 9011, filed by Alexander Sabadash; including declarations of Michael Zorkin (91-1), Alexander Sabadash (91-2), and Andy Wood (91-3).

**89. Dkt. 92 | July 1, 2025.** Alexander Sabadash's Request for Judicial Notice concerning the motions at Dkts. 90 and 91.

**90. Dkt. 93 | July 2, 2025.** Notice to Filer of Error and/or Deficient Document: missing proof of service of hearing information for Dkts. 90, 91, and 92 (text-only entry).

**91. Dkt. 94 | July 2, 2025.** Proof of Service filed by Alexander Sabadash concerning the motions at Dkts. 90 and 91.

**92. Dkt. 95 | July 2, 2025.** Hearing Set: motion at Dkt. 90, August 5, 2025, at 11:00 a.m. (text-only entry).

**93. Dkt. 96 | July 2, 2025.** Hearing Set: motion at Dkt. 91, August 5, 2025, at 11:00 a.m. (text-only entry).

**94. Dkt. 97 | July 2, 2025.** Notice of Change of Address by attorney Kyle J. Ortiz, filed by Alexander Adam and Andrew Wood.

**95. Dkt. 98 | July 3, 2025.** Order Continuing Hearing on Alexander Sabadash's Motion for Fees, Damages, and Sanctions to August 19, 2025, at 2:00 p.m.

**96. Dkt. 99 | July 5, 2025.** BNC Certificate of Notice concerning the order at Dkt. 98.

**97. Dkt. 100 | August 5, 2025.** Joint Opposition to Putative Partner Alexander Sabadash's Motion for Fees and Damages Under 11 U.S.C. § 303(i) (Dkt. 90); Declarations of Garry Y. Itkin, Daniel J. McCarthy, Joseph E. Caceres, and Charles Shamash. Included as a filed historical item; the withdrawal at Dkt. 105 is separately designated.

**98. Dkt. 101 | August 5, 2025.** Joint Opposition to Putative Partner Alexander Sabadash's Motion for Fees and Damages Under 11 U.S.C. § 303(i) and Sanctions Under FRBP 9011 and the Court's Inherent Authority (Dkt. 91); Declarations of Garry Y. Itkin, Daniel J. McCarthy, Joseph E. Caceres, and Charles Shamash.

**99. Dkt. 102 | August 5, 2025.** Joint Omnibus Objections to Declarations of Michael Zorkin (90-1 and 91-1), Alexander Sabadash (90-2 and 91-2), and Andrew Wood (90-3 and 91-3), filed in support of the motions at Dkts. 90 and 91.

**100. Dkt. 103 | August 5, 2025.** Joint Objections to Alexander Sabadash's Request for Judicial Notice Filed in Support of Putative Partner Alexander Sabadash's Motion for Fees, Damages, and Sanctions (Dkt. 92).

**101. Dkt. 104 | August 5, 2025.** Joint Opposition to Putative Partner Alexander Sabadash's Motion for Fees and Damages Under 11 U.S.C. § 303(i) (Dkt. 90); Declarations of Garry Y. Itkin, Daniel J. McCarthy, Joseph E. Caceres, and Charles Shamash.

**102. Dkt. 105 | August 5, 2025.** Notice of Voluntary Dismissal and Withdrawal of Docket No. 100, filed by the joining creditors and Gary Y. Itkin. The notice and its actual filed contents are designated notwithstanding the inconsistent motion references in its docket description.

**103. Dkt. 106 | August 12, 2025.** Alexander Sabadash's Reply concerning the motion at Dkt. 90; including the Supplemental Declaration of Michael Zorkin (106-1).

**104. Dkt. 107 | August 12, 2025.** Alexander Sabadash's Reply concerning the motion at Dkt. 91; including the Supplemental Declaration of Michael Zorkin (107-1).

**105. Dkt. 108 | August 15, 2025.** Order Continuing Hearing on Alexander Sabadash's Motion for Fees, Damages, and Sanctions to September 9, 2025, at 2:00 p.m.

**106. Dkt. 109 | August 17, 2025.** BNC Certificate of Notice concerning the order at Dkt. 108.

**107. Dkt. 110 | August 26, 2025.** Statement Regarding Motion for Reconsideration of Order Dismissing Involuntary Case, filed by interested parties Alexander Adam and Andrew Wood under a Response event (re Dkt. 89).

**108. Dkt. 111 | August 27, 2025.** Notice to Filer of Error and/or Deficient Document: directing re-filing of Dkt. 110 under the Statement event (text-only entry).

**109. Dkt. 112 | August 28, 2025.** Statement Regarding Motion for Reconsideration of Order Dismissing Involuntary Case, filed by interested parties Alexander Adam and Andrew Wood (re Dkt. 89).

**110. Dkt. 113 | September 19, 2025.** Request for Assignment to Mediation Program, including proposed Order Assigning Matter to Mediation Program and Appointing Mediator and Alternate Mediator.

**111. Dkt. 114 | September 22, 2025.** Order Assigning Matter to Mediation Program and Appointing Mediator and Alternate Mediator (re Dkt. 113).

**112. Dkt. 115 | September 24, 2025.** BNC Certificate of Notice concerning the order at Dkt. 114.

**113. Dkt. 116 | November 4, 2025.** Mediator's Certificate Regarding Conclusion of Mediation Assignment (Unsettled), filed by Meredith Jury (re Dkt. 114).

**114. Dkt. 117 | November 13, 2025.** Declaration re Additional Attorneys' Fees Incurred, filed by Alexander Sabadash (re Dkt. 90).

**115. Dkt. 118 | November 19, 2025.** Notice of Motion and Motion for Court-Ordered Mediation; Memorandum of Points and Authorities; Declaration of Daniel J. McCarthy.

**116. Dkt. 119 | November 21, 2025.** Hearing Set: motion for court-ordered mediation (Dkt. 118), December 16, 2025, at 2:00 p.m. (text-only entry).

**117. Dkt. 120 | December 2, 2025.** Alexander Sabadash's Opposition to the motion for court-ordered mediation (Dkt. 118).

**118. Dkt. 121 | December 2, 2025.** Foreign Representatives' Response to Motion for Court-Ordered Mediation, filed by Alexander Adam and Andrew Wood (re Dkt. 118).

**119. Dkt. 122 | December 9, 2025.** Omnibus Reply in Support of Motions for Court-Ordered Mediation, filed by Gary Y. Itkin (re Dkt. 118).

**120. Dkt. 123 | December 9, 2025.** Status Report filed by Gary Y. Itkin concerning the mediation order at Dkt. 114.

**121. Dkt. 124 | December 16, 2025.** Notice of Lodgment re Order Granting Motion for Court-Ordered Mediation and Continuing Case Status (re Dkt. 118).

**122. Dkt. 125 | December 17, 2025.** Order Granting Motion for Court-Ordered Mediation and Continuing Case Status Conference (re Dkt. 118).

**123. Dkt. 126 | December 19, 2025.** BNC Certificate of Notice concerning the order at Dkt. 125.

**124. Dkt. 127 | January 15, 2026.** Request for Assignment to Mediation Program, filed by Gary Y. Itkin.

**125. Dkt. 128 | January 16, 2026.** Order Assigning Matter to Mediation Program and Appointing Mediator and Alternate Mediator (re Dkt. 127).

**126. Dkt. 129 | January 18, 2026.** BNC Certificate of Notice concerning the order at Dkt. 128.

**127. Dkt. 130 | February 18, 2026.** Status Report filed by Gary Y. Itkin concerning the order at Dkt. 125.

**128. Dkt. 131 | March 27, 2026.** Declaration re Third Supplemental Declaration, filed by Alexander Sabadash concerning the motions at Dkts. 90 and 91.

**129. Dkt. 132 | April 14, 2026.** Petitioning General Partner's Status Report concerning the order at Dkt. 125.

**130. Dkt. 133 | April 15, 2026.** Status Report filed by Alexander Sabadash concerning the order at Dkt. 125.

**131. Dkt. 134 | April 22, 2026.** Notice of Lodgment of Scheduling Order, filed by Alexander Sabadash concerning Dkts. 89, 90, and 91.

**132. Dkt. 135 | April 23, 2026.** Order Setting Briefing Schedule and Hearing Date, continuing the hearing from April 21, 2026, to July 14, 2026, at 2:00 p.m.

**133. Dkt. 136 | April 25, 2026.** BNC Certificate of Notice concerning the order at Dkt. 135.

**134. Dkt. 137 | June 16, 2026.** Supplemental Brief filed by Alexander Sabadash concerning Dkt. 91; including declarations of Michael Zorkin (137-1), Darya Trubina (137-2), and Nadezhda Yurasova (137-3).

**135. Dkt. 138 | June 18, 2026.** Notice of Lodgment filed by Alexander Sabadash concerning the supplemental brief at Dkt. 137.

**136. Dkt. 139 | June 23, 2026.** Joint Supplemental Opposition to (1) Putative Partner Alexander Sabadash's Motion for Fees and Damages Under 11 U.S.C. § 303(i) (Dkt. 90), and (2) Motion for Fees and Damages Under 11 U.S.C. § 303(i) and Sanctions Under FRBP 9011 and the Court's Inherent Authority (Dkt. 91).

**137. Dkt. 140 | June 23, 2026.** Declaration of Russian Arbitrator Dmitry Valeryevich Kynazev in Opposition to the motions at Dkts. 90 and 91, filed by Joseph E. Caceres, Gary Y. Itkin, and Daniel J. McCarthy. "Kynazev" is the spelling in the docket description.

**138. Dkt. 141 | June 23, 2026.** Request for Judicial Notice in Opposition to the motions for fees, damages, and sanctions at Dkts. 90 and 91, filed by Joseph E. Caceres, Gary Y. Itkin, and Daniel J. McCarthy.

**139. Dkt. 142 | June 23, 2026.** Responding Parties' Evidentiary Objections to Declarations of Michael Zorkin, Darya Trubina, and Nadezhda Yurasova Filed on June 16, 2026, in Support of Putative Partner Alexander Sabadash's Supplemental Brief in Support of Motion for Sanctions Under FRBP 9011 and the Court's Inherent Power (Dkt. 137).

140. **Dkt. 143 | June 23, 2026.** Alexander Sabadash's Opposition to the motion for reconsideration (Dkt. 89).

141. **Dkt. 144 | June 23, 2026.** Alexander Sabadash's Objection concerning the motion for reconsideration (Dkt. 89).

142. **Dkt. 145 | June 24, 2026.** Hearing Set: motion for reconsideration (Dkt. 89), July 14, 2026, at 2:00 p.m. (text-only entry).

143. **Dkt. 146 | June 30, 2026.** Reply in Support of Motion for Reconsideration of Order Dismissing Involuntary Case (Dkt. 76) and Memorandum of Decision (Dkt. 75); Memorandum of Points and Authorities, filed by Gary Y. Itkin.

144. **Dkt. 147 | June 30, 2026.** Alexander Sabadash's Reply concerning the supplemental brief at Dkt. 137.

145. **Dkt. 148 | June 30, 2026.** Alexander Sabadash's Objection to the declaration at Dkt. 140.

146. **Dkt. 149 | June 30, 2026.** Declaration re Additional Fees Incurred, filed by Alexander Sabadash concerning Dkts. 90 and 91.

147. **Dkt. 150 | August 11, 2026.** Transcript Order Form regarding the July 21, 2026 hearing, filed by Gary Y. Itkin through Daniel J. McCarthy.

148. **Dkt. 151 | August 12, 2026.** Transcript Record Transmittal for the July 21, 2026 hearing, Order No. 26-NB-28 (re Dkt. 150) (text-only entry). This is the transmittal, not the Transcript Order Form.

149. **Dkt. 153 | August 19, 2026.** Transcript Order Form regarding the August 18, 2026 hearing. The subsequent deficiency notice and re-filed order form are separately designated at Dkts. 155 and 157.

150. **Dkt. 154 | August 19, 2026.** Notice of Lodgment of Proposed Order Denying Motion for Reconsideration, filed by Alexander Sabadash (re Dkt. 89).

**151. Dkt. 155 | August 20, 2026.** Notice to Filer of Error and/or Deficient Document: Dkt. 153 contained interactive fields; directing immediate re-filing in flattened format (text-only entry).

**152. Dkt. 156 | August 24, 2026.** Order Denying Motion for Reconsideration (Dkt. 89).

**153. Dkt. 157 | August 26, 2026.** Transcript Order Form regarding the August 18, 2026 hearing, filed by Gary Y. Itkin through Daniel J. McCarthy.

**154. Dkt. 158 | August 26, 2026.** BNC Certificate of Notice concerning the order denying reconsideration at Dkt. 156.

**155. Dkt. 159 | August 27, 2026.** Transcript Record Transmittal for the August 18, 2026 hearing, Order No. 26-NB-31 (re Dkt. 157) (text-only entry).

**156. Dkt. 161 | September 8, 2026.** Notice of Appearance and Request for Notice by Jon A. Atabek, filed for Gary Y. Itkin.

**157. Dkt. 162 | September 8, 2026.** Receipt of Appeal/Cross-Appeal Filing Fee of $298.00, Receipt No. 22008122, concerning Dkt. 163 (text-only entry).

**158. Dkt. 163 | September 8, 2026.** Notice of Appeal and Statement of Election to U.S. District Court (Official Form 417A), filed by Gary Y. Itkin, concerning Dkts. 75, 76, and 156; including the complete filed package and attachments. Filed September 8, 2026; entered September 9, 2026.

**159. Dkt. 164 | September 9, 2026.** Notice of Referral of Appeal to the United States District Court, Central District of California, with Notice of Appeal Service List (re Dkt. 163); including the attached Notice of Appeal and Statement of Election (164-1).

**160. Dkt. 165 | September 22, 2026.** Notice of Appeal and Statement of Election to U.S. District Court (Official Form 417A), filed separately by attorney Daniel J. McCarthy, concerning Dkts. 75, 76, and 156.

**161. Dkt. 166 | September 22, 2026.** Status Report from Petitioning General Partner and His Counsel, filed by Gary Y. Itkin and Daniel J. McCarthy. Included for the subsequent procedural history, not as new evidence supporting reversal of the earlier rulings.

**162. Dkt. 167 | September 23, 2026.** Notice of Referral of Appeal to the United States District Court, Central District of California, with Notice of Appeal Service List (re Daniel J. McCarthy's appeal at Dkt. 165); including the attached Notice of Appeal and Statement of Election (167-1).

**163. Dkt. 168 | September 23, 2026.** Notice of transcripts Filed by Attorney Daniel J. McCarthy.

**164. Dkt. 169 | September 23, 2026. A**ppellant Designation of Contents for Inclusion in Record on Appeal; filed by Petitioning Creditor Gary Y. Itkin.

**165. Dkt. 170 | September 23, 2026.** Statement of Issues on Appeal; filed by Petitioning Creditor Gary Y. Itkin**.**

**166. Dkt. 171 | September 23, 2026.** Notice of Transcripts Designated for an Appeal; filed by Petitioning Creditor Gary Y. Itkin.

**167. Dkt. 172 | September 30, 2026.** Notice RE: Appeal from Bankruptcy Court (USDC) RE: 2:26-cv-10476-JFW (Originally filed at District Court 9/30/2026).

**III. Unnumbered hearing and continuance entries**

The following text-only entries are separately designated as they appear in the supplied docket report. A scheduled or continued hearing date is not a representation that oral proceedings occurred on that date.

**168. Unnumbered entry | April 23, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 8, continued to June 3, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

169. **Unnumbered entry | April 23, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to June 3, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

170. **Unnumbered entry | June 5, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 8, continued to June 17, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

171. **Unnumbered entry | June 5, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to June 17, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

172. **Unnumbered entry | June 18, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to August 5, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

173. **Unnumbered entry | July 3, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 91, continued to August 19, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

174. **Unnumbered entry | July 3, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to August 19, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

175. **Unnumbered entry | August 6, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to August 19, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

176. **Unnumbered entry | August 7, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to August 19, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

177. **Unnumbered entry | August 19, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 91, continued to September 9, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

178. **Unnumbered entry | August 19, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to September 9, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

179. **Unnumbered entry | August 19, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to September 9, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

180. **Unnumbered entry | September 11, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 91, continued to October 9, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

181. **Unnumbered entry | September 11, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to October 9, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

182. **Unnumbered entry | September 11, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to October 9, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

183. **Unnumbered entry | October 9, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 91, continued to December 11, 2025, at 1:00 p.m. Unnumbered text-only entry on docket-report.

184. **Unnumbered entry | October 9, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to December 11, 2025, at 1:00 p.m. Unnumbered text-only entry on docket-report.

185. **Unnumbered entry | October 9, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to December 11, 2025, at 1:00 p.m. Unnumbered text-only entry on docket-report.

186. **Unnumbered entry | December 12, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to December 16, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

187. **Unnumbered entry | December 12, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to December 16, 2025, at 2:00 p.m. Unnumbered text-only entry on docket-report.

188. **Unnumbered entry | December 17, 2025.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to February 24, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

189. **Unnumbered entry | December 17, 2025.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to February 24, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

190. **Unnumbered entry | February 25, 2026.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to April 21, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

191. **Unnumbered entry | February 25, 2026.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to April 21, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

192. **Unnumbered entry | April 23, 2026.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to July 14, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**193. Unnumbered entry | April 23, 2026.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to July 14, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**194. Unnumbered entry | July 16, 2026.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to July 21, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**195. Unnumbered entry | July 16, 2026.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 89, continued to July 21, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**196. Unnumbered entry | July 16, 2026.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to July 21, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**197. Unnumbered entry | July 28, 2026.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to August 18, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**198. Unnumbered entry | July 28, 2026.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 89, continued to August 18, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**199. Unnumbered entry | July 28, 2026.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to August 18, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**200. Unnumbered entry | August 19, 2026.** Hearing Rescheduled/Continued (Other): status conference on the involuntary petition, continued to September 29, 2026, at 3:00 p.m. Unnumbered text-only entry on docket-report.

**201. Unnumbered entry | August 19, 2026.** Hearing Rescheduled/Continued (Motion): hearing concerning Dkt. 90, continued to September 29, 2026, at 3:00 p.m. Unnumbered text-only entry on docket-report.

**202. Unnumbered entry | September 30, 2026.** Hearing Rescheduled/Continued (Other) . Status conference on involuntary petition continued to November 3, 2026, at 2:00 p.m. Unnumbered text-only entry on docket-report.

**203. Unnumbered entry | September 30, 2026.** Hearing Rescheduled/Continued (Motion). Hearing continued to November 3, 2026, at 2:00 p.m., on Motion For Sanctions/ Disgorgement filed by Alexander Sabadash. Unnumbered text-only entry on docket-report.

**IV. Individually designated proofs of claim**

The following are claims-register numbers, not bankruptcy docket numbers. The October 2, 2026 claims register identifies versions 1-1 through 11-1. Claims 2-1 and 3-1 are separately filed items; their inclusion does not concede that any underlying debt should be counted twice.

**204. Claim No. 1-1 | March 11, 2025.** Proof of Claim filed by PROGRESSIVE MANAGEMENT INC; amount claimed as recorded in the claims register: $50,576.43; with all filed supporting documents.

**205. Claim No. 2-1 | March 11, 2025.** Proof of Claim filed by JEFF RATNER AND ASSOCIATES INC; amount claimed as recorded in the claims register: $38,376.96; with all filed supporting documents.

**206. Claim No. 3-1 | March 11, 2025.** Proof of Claim filed by JEFF RATNER & ASSOCIATES,INC; amount claimed as recorded in the claims register: $38,376.96; with all filed supporting documents.

**207. Claim No. 4-1 | March 11, 2025.** Proof of Claim filed by Alexei Kurochkin; amount claimed as recorded in the claims register: $726,000.00; with all filed supporting documents.

**208. Claim No. 5-1 | March 28, 2025.** Proof of Claim filed by Evgeniv Avilov; amount claimed as recorded in the claims register: $1,200,581.00; with all filed supporting documents.

**209. Claim No. 6-1 | March 28, 2025.** Proof of Claim filed by Elena Gofman; amount claimed as recorded in the claims register: $63,678.00; with all filed supporting documents.

**210. Claim No. 7-1 | March 28, 2025.** Proof of Claim filed by Maria Habarova; amount claimed as recorded in the claims register: $26,416.00; with all filed supporting documents.

**211. Claim No. 8-1 | March 28, 2025.** Proof of Claim filed by Ildar Shadaev; amount claimed as recorded in the claims register: $44,435.00; with all filed supporting documents.

**212. Claim No. 9-1 | March 28, 2025.** Proof of Claim filed by Maria Samsonova; amount claimed as recorded in the claims register: $42,743.00; with all filed supporting documents.

**213. Claim No. 10-1 | March 31, 2025.** Proof of Claim filed by Atabek & Co; amount claimed as recorded in the claims register: $21,358.88; with all filed supporting documents.

**214. Claim No. 11-1 | June 2, 2025.** Proof of Claim filed by Aleksandr Grant; amount claimed as recorded in the claims register: $2,435,410.84; with all filed supporting documents.

**V. Previously filed transcripts — designated in full**

**215. Dkt. 85 | June 24, 2025.** Original transcript of the April 22, 2025 hearing. The corrected transcript is separately designated at Dkt. 86; the original is retained for record completeness. Hearing date: 04/22/2025. 29 pages.

**216. Dkt. 86 | June 26, 2025.** Corrected transcript of the April 22, 2025 hearing, designated in full; 29 pages. The original version at Dkt. 85 is separately designated for record completeness.

**217. Dkt. 87 | June 26, 2025.** Transcript of the June 3, 2025 hearing, designated in full. Hearing date: 06/03/2025. 47 pages.

**218. Dkt. 152 | August 14, 2026.** Transcript of the July 21, 2026 hearing, designated in full, including the oral reasons incorporated in Dkt. 156 and the request for an evidentiary hearing and live testimony and its disposition. Hearing date: 07/21/2026. 50 pages.

**219. Dkt. 160 | September 4, 2026.** Transcript of the August 18, 2026 hearing, designated in full, including the continued reconsideration matter and the direction to lodge the order denying reconsideration. Inclusion does not expand this appeal to a separate fee, damages, or sanctions order. Hearing date: 08/18/2026. 54 pages.

These five docketed transcript entries cover four hearing dates. The accompanying F 8004-1.1 notice identifies the same five entries solely as previously docketed transcripts. No new transcript order is requested.

**VI. Related-case materials already identified in the record**

The following references concern In re Golden Sphinx Limited, Case No. 2:22-bk-14320-NB. They identify related-case materials already filed, judicially noticed, or relied upon below, not a separate case's entire docket or new merits evidence.

**220. GSL Dkt. 10 — existing record reference.** Andrew Wood's declaration in support of recognition, including its filed exhibits, identified as Golden Sphinx Limited Dkt. 10 in the already-designated joint opposition at Dkt. 101, filed August 5, 2025, memorandum pages 26–27 (PDF pages 32–33). This entry identifies that existing record reference and any copy included in the designated filings; it does not add material that was not before the Bankruptcy Court.

**221. September 9, 2022.** In re Golden Sphinx Limited, Case No. 2:22-bk-14320-NB, Dkt. 42: order granting recognition of the foreign proceeding pending before the Royal Court of Jersey. Expressly relied upon in the appealed Memorandum of Decision, Dkt. 75, page 22.

**222. March 16, 2023.** In re Golden Sphinx Limited, Case No. 2:22-bk-14320-NB, Dkt. 70: Order Determining Applicability of Automatic Stay, Partially Granting Creditor Garry Y. Itkin's Motion for Relief from Stay (LASC Case No. BC647351) and Continuing Hearing on Balance of the Motion [Docket No. 48]. Identified in the motion for reconsideration, Dkt. 89, memorandum page 1.

**VII. Claims register and complete case docket**

**216. Complete claims register.** Complete claims register for Case No. 2:25-bk-11235-NB.

**217. Complete PACER/CM-ECF case docket report.** Complete PACER/CM-ECF docket report for Case No. 2:25-bk-11235-NB.

**218. Complete PACER/CM-ECF case docket report.** Complete PACER/CM-ECF docket report for Case No. In re Golden Sphinx Limited, Case No. 2:22-bk-14320-NB.

Any necessary correction or supplementation of the record will be sought under Federal Rule of Bankruptcy Procedure 8009(e).

DATED: October 2, 2026 HILL, FARRER & BURRILL LLP

By: */s/ Daniel J. McCarthy*
Daniel J. McCarthy
Appellant, in pro per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 515 S. Flower Street, 7th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANT'S DESIGNATION OF RECORD ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 2, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, sgedgaudas@hillfarrer.com;dflowers@hfbllp.com
Kurt Ramlo Adam RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Michael Zorkin mz@thezorkinfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2026 | Sarah A. Gedgaudas | /s/ Sarah A. Gedgaudas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |