**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Itkin & Sabadash<br><br>Debtor(s) | BAP/USDC NO.: 2:26-cv-10476-JFW<br>CASE NO.: 2:25-bk-11235-NB<br>ADVERSARY NO.:<br>APPEAL DOCKET ENTRY NO.: 163 |
| Plaintiff(s)<br><br>vs.<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:

- ☐ Bankruptcy Appellate Panel of the Ninth Circuit
- ☒ U.S. District Court
- ☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Jon A. Atabek
250 Newport Center Drive, Suite 306
Newport Beach, CA 92660

Attorney of Record for Appellee:
Michael Zorkin
6320 Canoga Avenue, Suite 1500
Woodland Hills, CA 91367

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:

- ☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- ☐ No transcripts were requested by either the Appellant or Appellee.
- ☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 10/15/2026

By: /s/ Sonny Milano
Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

**1. SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

Office of the U.S. Trustee

☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

Other Parties Served by NEF:
Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, sgedgaudas@hillfarrer.com;dflowers@hfbllp.com
Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
Michael Zorkin mz@thezorkinfirm.com

**2. SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

Jon A Atabek
Atabek & Co
250 Newport Center Drive
Ste 306
Newport Beach, CA 92660

Itkin & Sabadash
8501 Wilshire Blvd., Suite 330
Beverly Hills, CA 90211