HILL, FARRER & BURRILL LLP
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
515 S. Flower Street, 7th Fl.
Los Angeles, CA 90071
Telephone: (213) 621-0802
Fax: (213) 624-4840

Attorneys for Petitioning General Partner
Garry Y. Itkin and Daniel J. McCarthy, in pro per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ITKIN & SABADASH,<br><br>Involuntary Debtor. | Case No. 2:25-bk-11235-NB<br><br>Chapter 7<br><br>**STATUS REPORT FROM PETITIONING GENERAL PARTNER AND HIS COUNSEL**<br><br>Date: November 3, 2026<br>Time: 2:00 p.m.<br>Place: Courtroom 1545 |

**TO: THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Petitioning general partner Garry Y. Itkin and Daniel J. McCarthy respectfully submit the following Status Report in this involuntary Chapter 7 case.

Mr. Itkin and Mr. McCarthy apologize to the Court for the lateness of this report, which was due by October 20, 2026, pursuant to the Court's adopted tentative ruling for the prior hearing on September 29, 2026. The lateness is due to recent developments after October 20, 2026.

At the hearings on July 21, 2026, and August 18, 2026, the Court asked the parties to advise the Court on whether any settlement had been reached regarding the pending matters.

Settlement discussions are continuing regarding the resolution of Alexander Sabadash's motions for fees, damages and sanctions as against Mr. McCarthy.

On September 22, 2026, Mr. McCarthy filed a cross-appeal in this action from the Court's Memorandum Decision Dismissing Involuntary Petition, Order Dismissing Involuntary Decision, and Order Denying Motion for Reconsideration. Through counsel, Mr. Sabadash recently requested that Mr. McCarthy agree to dismiss his cross-appeal. Mr. McCarthy has agreed to dismiss his cross-appeal without prejudice. The parties are working on a stipulation and order for dismissal to file in Mr. McCarthy's appeal before the District Court in case no. 2:26-cv-11459-GW.

DATED: October 29, 2026

HILL, FARRER & BURRILL LLP

By: * /s/ Daniel J. McCarthy*

Daniel J. McCarthy
Attorneys for Petitioning General Partner GARRY Y. ITKIN and DANIEL J. McCARTHY, in pro per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 515 S. Flower Street, 7th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT FROM PETITIONING GENERAL PARTNER AND HIS COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 29, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph E Caceres jec@locs.com, generalbox@locs.com
Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
Kurt Ramlo Adam RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Charles Shamash cs@locs.com, generalbox@locs.com
Oleg Stolyar astolyar@loeb.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Michael Zorkin mz@thezorkinfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 29, 2026 | Sarah A. Gedgaudas | /s/ Sarah A. Gedgaudas |
| *Date* | *Printed Name* | *Signature* |